| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | R&LS Investments, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  270 Commercial<br>DBA  Aria Properties<br>DBA  DA Nationwide<br>DBA  DA Nationwide Group<br>DBA  Escrow Advisors, a non-independent broker escrow<br>DBA  Keller Williams<br>DBA  Keller Williams Luxury<br>DBA  Keller Williams Luxury International<br>DBA  Keller Williams Pacific Palisades<br>DBA  Keller Williams Palisades<br>DBA  Keller Williams Realty Pacific Palisades<br>DBA  Keller Williams Realty Santa Monica<br>DBA  Keller Williams Santa Monica<br>DBA  Keller Williams Santa Monica \| Palisades<br>DBA  Keller Williams Topanga<br>DBA  KW<br>DBA  KW Advisors<br>DBA  KW Advisors - Brentwood<br>DBA  KW Advisors - Inglewood<br>DBA  KW Advisors - Marina Del Rey<br>DBA  KW Advisors - Pacific Palisades<br>DBA  KW Advisors - Santa Monica<br>DBA  KW Commercial<br>DBA  KW Commercial Santa Monica<br>DBA  KW Keller Williams<br>DBA  KW Luxury<br>DBA  KW Luxury Homes<br>DBA  KW Luxury International<br>DBA  KW Malibu<br>DBA  KW Pacific Palisades<br>DBA  KW Palisades<br>DBA  KW Palisades\|Malibu<br>DBA  KW Santa Monica<br>DBA  KWSanta Monica \| Palisades<br>DBA  KW Santa Monica, Palisades & Malibu<br>DBA  KW Santa Monica-Referral<br>DBA  KWSM<br>DBA  KWSM-Referral<br>DBA  KW Topanga<br>DBA  MVP Commercial<br>DBA  Resolution Escrow, a non-independent broker escrow<br>DBA  Smart Property Group |
| 3. | Debtor's federal Employer Identification Number (EIN) | 52-2454923 |

Debtor    **R&LS Investments, Inc.**                                    Case number (*if known*) _____
    Name

---

| 4. | **Debtor's address** | **Principal place of business** | | **Mailing address, if different from principal place of business** |

**2701 Ocean Park Blvd., Suite 140
Santa Monica, CA 90405**
Number, Street, City, State & ZIP Code

**11812 San Vicente Blvd #100
Los Angeles, CA 90049**
P.O. Box, Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Location of principal assets, if different from principal place of business**
**845 Vía De La Paz Pacific Palisades, CA 90272**
Number, Street, City, State & ZIP Code

---

| 5. | **Debtor's website** (URL) | |

---

| 6. | **Type of debtor** | |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **R&LS Investments, Inc.**                                Case number (*if known*) _____
         Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | **R&LS Investments, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency
  Contact name
  Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ■ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

---

Debtor    **R&LS Investments, Inc.**                                      Case number (*if known*) _____
                  Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **R&LS Investments, Inc.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

<table>
<tr><td></td><td><strong>Request for Relief, Declaration, and Signatures</strong></td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/13/2023
_____
MM / DD / YYYY

X   *Richard Cunningham*        **Richard Cunningham**
_____        _____
Signature of authorized representative of debtor        Printed name

Title   **Operating Principal**
_____

**18. Signature of attorney**

X   /s/ John-Patrick M. Fritz        Date   7/13/2023
_____        _____
Signature of attorney for debtor        MM / DD / YYYY

**John-Patrick M. Fritz**
_____
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
_____
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**        Email address _____

**245240 CA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **R&LS Investments, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _7/13/2023_          X   *Richard Cunningham*
                                        Signature of individual signing on behalf of debtor

                                        **Richard Cunningham**
                                        Printed name

                                        **Operating Principal**
                                        Position or relationship to debtor

SOLE SHAREHOLDER CORPORATE RESOLUTION
FOR R&LS INVESTMENTS, INC.
A California Corporation

WHEREAS, Richard Cunningham, being the sole shareholder of R&LS Investments, Inc., a California corporation (the "Corporation"), after due deliberation, and consideration of the facts involving the following matter, deems it in the best interests of the Corporation to adopt the following resolutions, and hereby resolves as follows:

<u>RESOLUTIONS</u>

RESOLVED, that the Corporation shall file a voluntary petition under chapter 11 of the Bankruptcy Code (subchapter V) on July 12, 2023 or such other date determined by Richard Cunningham ("RC"), to be in the best interests of the Corporation, its creditors and other parties in interest, after consultation with the Corporation's counsel.  RC is authorized to sign the voluntary bankruptcy petition and all related documents for the Corporation as the authorized representative of the Corporation, and RC is authorized to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that the Corporation's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Corporation's bankruptcy counsel is approved upon terms that are mutually acceptable to the Corporation and LNBYG.  RC, in his capacity as the authorized representative of the Corporation, is hereby authorized to negotiate the terms of the Corporation's employment of LNBYG and to execute the Corporation's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that, in his capacity as the authorized representative of the Corporation, RC is hereby authorized to cause the Corporation to employ any other professionals to represent or assist the Corporation in connection with the Corporation's chapter 11 bankruptcy case that RC deems to be in the best interests of the Corporation and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that following the filing of the Corporation's chapter 11 bankruptcy case, RC, in his capacity as the authorized representative of the Corporation, is hereby authorized on behalf of and in the name of the Corporation to execute and file and to cause counsel to the Corporation to prepare with the assistance of the Corporation as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Corporation's bankruptcy case, and to take any and all action that RC deems necessary and proper in connection with the Corporation's bankruptcy case without the need for any further approval of the Board of Directors (the "Board") unless the Board

subsequently decides to the contrary.  Such actions that RC has the authority to cause the Corporation to take without any further approval of the Board (unless the Board subsequently decides to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Corporation to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Corporation; selling or liquidating some or substantially all of the Corporation's assets; causing the Corporation to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Corporation to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  RC is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Corporation.

FURTHER RESOLVED, that all prior acts and deeds of RC or the other officers of the Corporation acting in their capacity as an authorized representative of the Corporation, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Corporation.

Dated: July _13_, 2023

_Richard Cunningham_

Richard Cunningham, Corporate Director
Sole Shareholder

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | R&LS Investments, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABM Parking 1150 S. Olive St. Suite 1900 Los Angeles, CA 90015** | | | | | | **$1,750.00** |
| **Blue Shield of California PO Box 749415 Los Angeles, CA 90074** | | | | | | **$7,345.39** |
| **Citi Credit Card PO Box 9001037 Louisville, KY 40290** | | | | | | **$30,000.00** |
| **City National Bank 8641 Wilshire Blvd Suite 101 Beverly Hills, CA 90211** | | | | | | **$144,833.00** |
| **Co-Star Realty Information PO Box 791123 Baltimore, MD 21279** | | | | | | **$30,200.00** |
| **Cogent PO Box 791087 Baltimore, MD 21279** | | | | | | **$888.00** |
| **De Lage Financial PO Box 41602 Philadelphia, PA 19101** | | | | | | **$348.70** |
| **Frontier Communications PO Box 740407 Cincinnati, OH 45274** | | | | | | **$472.11** |

| Debtor | **R&LS Investments, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Happy Cleaning Services 845 Via De La Paz Suite 3 Pacific Palisades, CA 90272** | | | | | | **$3,145.00** |
| **IPFS Financing PO Box 100391 Pasadena, CA 91189** | | | | | | **$12,516.98** |
| **Konica Minolta PO Box 31001-0271 Pasadena, CA 91110** | | | | | | **$1,908.15** |
| **Ocean Park Two, LLC 660 S. Figueroa St. 7th Floor Los Angeles, CA 90017** | | | **Contingent Unliquidated Disputed** | | | **$430,850.96** |
| **Parking Network 1625 W. Olympic Blvd Suite 1010 Los Angeles, CA 90015** | | | | | | **$3,075.00** |
| **Reonomy 11 E. 32nd St. New York, NY 10016** | | | | | | **$3,637.00** |
| **Reppert Factor PO Box 1223 Bensalem, PA 19020** | | | | | | **$3,454.00** |
| **Scott Le Roy 2408 Illinois St. Orlando, FL 32803** | | | | | | **$425.00** |
| **Travelers PO Box 660317 Dallas, TX 75266** | | | | | | **$5,327.07** |
| **Wells Fargo Financing PO Box 51043 Los Angeles, CA 90051** | | | | | | **$948.28** |
| **West Guard Insurance PO Box AH Wilkes-Barre, PA 18703** | | | | | | **$1,127.81** |
| **West Guard Insurance PO Box AH Wilkes-Barre, PA 18703** | | | | | | **$125.63** |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Santa Monica_____ , California.

Date: _____7/13/2023_____

*Richard Cunningham*

**Richard Cunningham**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**John-Patrick M. Fritz**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234 Fax: (310) 229-1244**
California State Bar Number: **245240 CA**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

☑  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**R&LS Investments, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**6**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____7/13/2023_____

*Richard Cunningham*
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          **F 1007-1.MAILING.LIST.VERIFICATION**

R&LS Investments, Inc.
11812 San Vicente Blvd #100
Los Angeles, CA 90049


John-Patrick M. Fritz
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


843 Via de la Paz, LLC
845 Via de la Paz, #1
Pacific Palisades, CA 90272


ABM Parking
1150 S. Olive St.
Suite 1900
Los Angeles, CA 90015


Adam Silver
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017


Blue Shield of California
PO Box 749415
Los Angeles, CA 90074


Brian Tanenbaum
20920 Warner Center Lane
Suite B
Woodland Hills, CA 91367


Citi Credit Card
PO Box 9001037
Louisville, KY 40290

City National Bank
8641 Wilshire Blvd
Suite 101
Beverly Hills, CA 90211


Claire Campolo
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017


Co-Star Realty Information
PO Box 791123
Baltimore, MD 21279


Cogent
PO Box 791087
Baltimore, MD 21279


De Coral Plaza, LLC
11726 San Vicente Blvd
Suite 225
Los Angeles, CA 90049


De Lage Financial
PO Box 41602
Philadelphia, PA 19101


Elizabeth Rosen
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017


EXL (Partner of USAA - Steven Comunale)
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Frontier Communications
PO Box 740407
Cincinnati, OH 45274


Gaby Romo
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017


Gessica Smith
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017


Gold Coast West, LLC
13737 Fiji Way
C-10
Marina Del Rey, CA 90292


Happy Cleaning Services
845 Via De La Paz
Suite 3
Pacific Palisades, CA 90272


Hill, Farrer & Burrill, LLP
Attn: William W. Steckbauer, Esq.
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071


Internal Revenue Service
Special Procedures Branch
300 North Los Angeles Street
Room 4062
Los Angeles, CA 90012-9903

IPFS Financing
PO Box 100391
Pasadena, CA 91189


Julia Wolov
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017


Kimberly Stephens
20920 Warner Center Lane
Suite B
Woodland Hills, CA 91367


Konica Minolta
PO Box 31001-0271
Pasadena, CA 91110


Luca Plouveiz
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017


Mark Barron
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017


Ocean Park Two, LLC
660 S. Figueroa St.
7th Floor
Los Angeles, CA 90017


Ocean Park Two, LLC
888 S. Figueroa St.
Suite 1900
Los Angeles, CA 90017

Parking Network
1625 W. Olympic Blvd
Suite 1010
Los Angeles, CA 90015


Playground Management Group, LLC
845 Via De La Paz
Suite 1
Pacific Palisades, CA 90272


Reonomy
11 E. 32nd St.
New York, NY 10016


Reppert Factor
PO Box 1223
Bensalem, PA 19020


Richard Cunningham
11812 San Vicente Blvd #100
Los Angeles, CA 90049


Sandra Rozenblum
20920 Warner Center Lane
Suite B
Woodland Hills, CA 91367


Scott Le Roy
2408 Illinois St.
Orlando, FL 32803


Shawn Choi
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017

Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd.
Fort Worth, TX 76155


Small Business Administration
10737 Gateway West #300
El Paso, TX 79935


Timothy Noonan
801 S. Figueroa St.
15th Floor
Los Angeles, CA 90017


Travelers
PO Box 660317
Dallas, TX 75266


Wells Fargo Financing
PO Box 51043
Los Angeles, CA 90051


West Guard Insurance
PO Box AH
Wilkes-Barre, PA 18703


Yang
20920 Warner Center Lane
Suite B
Woodland Hills, CA 91367


Yongtong Zhou
20920 Warner Center Lane
Suite B
Woodland Hills, CA 91367