**Fill in this information to identify the case:**

Debtor name **R&LS Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:23-bk-14467-WB**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **List of Equity Security Holders; Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 1, 2023**

X ____________________
Signature of individual signing on behalf of debtor

**Richard Cunningham**
Printed name

**Operating Principal**
Position or relationship to debtor

# United States Bankruptcy Court
## Central District of California

In re **R&LS Investments, Inc.** Debtor(s)

Case No. **2:23-bk-14467-WB**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard Cunningham**<br>**11812 San Vicente Blvd #100**<br>**Los Angeles, CA 90049** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Operating Principal** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 1, 2023**

Signature Richard Cunningham
**Richard Cunningham**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name **R&LS Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:23-bk-14467-WB**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | **836,719.05** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | **836,719.05** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | **682,378.08** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **682,378.08** |



Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **R&LS Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:23-bk-14467-WB**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$0.00** |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **City National Bank** | **Checking** | **3960** | **$288,217.71** |
| 3.2. | **City National Bank** | **Checking** | **2748** | **$594.26** |
| 3.3. | **City National Bank** | **Checking** | **3751** | **$25,159.70** |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 5. | **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$313,971.67** |

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Debtor **R&LS Investments, Inc.** Case number *(If known)* **2:23-bk-14467-WB**
Name

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Commercial Real Property Lease Security Deposit for Ocean Park Three, LLC** | **$432,293.84** |
| 7.2. | **Commercial Real Property Lease Security Deposit for Gold Coast West, LLC** | **$24,647.66** |
| 7.3. | **Commercial Real Property Lease Security Deposit for De Coral Plaza, LLC** | **$28,204.18** |
| 7.4. | **Commercial Real Property Lease Security Deposit for 845 Via De La Paz, LLC** | **$16,062.50** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **To the extent that security deposits for real property leases could be considered "prepayments," the Debtor refers to amounts set forth in Schedule A/B #7, but sets the value here at "$0" to avoid double counting of the same asset.** | **$0.00** |

9. **Total of Part 2.** **$501,208.18**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **1,630.25** | - | **0.00** | = .... | **$1,630.25** |
| 11a. 90 days old or less: | **19,908.95** | - | **0.00** | = .... | **$19,908.95** |
| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
| 11b. Over 90 days old: | **91,213.10** | - | **91,213.10** | =.... | **$0.00** |

12. **Total of Part 3.** **$21,539.20**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Couches 4**<br>**Desks 75**<br>**Lounge Chairs 12**<br>**Desk Chairs 115**<br>**Cabinets 10** | **Unknown** | | **Unknown** |
| 40. | **Office fixtures**<br>**Cubicle Desks 20**<br>**Shelving 10**<br>**Decorative Items 100**<br>**Refridgerators 3** | **Unknown** | | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Desktop Computers 13**<br>**Non-Leased Printers 5**<br>**Office Phones 75**<br>**Owner Copiers 2**<br>**Supplies (various items)**<br>**Binding Machines 2** | **Unknown** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$0.00**
Add lines 39 through 42. Copy the total to line 86.

Debtor **R&LS Investments, Inc.** Case number *(If known)* **2:23-bk-14467-WB**
Name

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1. | **2701 Ocean Park Blvd Ste 140 Santa Monica, CA 90405** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.2. | **845 Via De La Paz Pacific Palisades, CA 90272** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.3. | **11812 San Vicente Blvd Ste 100 Los Angeles, CA 90049** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.4. | **444 Washington Blvd Marina Del Rey, CA 90292** | **Leasehold Interest** | **Unknown** | | **Unknown** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No

Debtor **R&LS Investments, Inc.**
Name

Case number *(If known)* **2:23-bk-14467-WB**

☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | kwadvisorsca.com | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| | KWRI Franchise Agreement | Unknown | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |

Debtor **R&LS Investments, Inc.** Case number *(If known)* **2:23-bk-14467-WB**
Name

| | | | |
|---|---|---|---|
| **DBA 270 Commercial**<br>**DBA Aria Properties**<br>**DBA DA Nationwide**<br>**DBA DA Nationwide Group**<br>**DBA Escrow Advisors, a non-independent broker escrow**<br>**DBA Keller Williams**<br>**DBA Keller Williams Luxury**<br>**DBA Keller Williams Luxury International**<br>**DBA Keller Williams Pacific Palisades**<br>**DBA Keller Williams Palisades**<br>**DBA Keller Williams Realty Pacific Palisades**<br>**DBA Keller Williams Realty Santa Monica**<br>**DBA Keller Williams Santa Monica**<br>**DBA Keller Williams Santa Monica \| Palisades**<br>**DBA Keller Williams Topanga**<br>**DBA KW**<br>**DBA KW Advisors**<br>**DBA KW Advisors - Brentwood**<br>**DBA KW Advisors - Inglewood**<br>**DBA KW Advisors - Marina Del Rey**<br>**DBA KW Advisors - Pacific Palisades**<br>**DBA KW Advisors - Santa Monica**<br>**DBA KW Commercial**<br>**DBA KW Commercial Santa Monica**<br>**DBA KW Keller Williams**<br>**DBA KW Luxury**<br>**DBA KW Luxury Homes**<br>**DBA KW Luxury International**<br>**DBA KW Malibu**<br>**DBA KW Pacific Palisades**<br>**DBA KW Palisades**<br>**DBA KW Palisades\|Malibu**<br>**DBA KW Santa Monica**<br>**DBA KWSanta Monica \| Palisades**<br>**DBA KW Santa Monica, Palisades & Malibu**<br>**DBA KW Santa Monica-Referral**<br>**DBA KWSM**<br>**DBA KWSM-Referral**<br>**DBA KW Topanga**<br>**DBA MVP Commercial**<br>**DBA Resolution Escrow, a non-independent broker escrow**<br>**DBA Smart Property Group** | **$0.00** | | **Unknown** |

65. **Goodwill**

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No

Debtor **R&LS Investments, Inc.**
Name

Case number *(If known)* **2:23-bk-14467-WB**

☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **R&LS Investments, Inc.** Case number *(If known)* **2:23-bk-14467-WB**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$313,971.67** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$501,208.18** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$21,539.20** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$836,719.05** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$836,719.05** |

| Legal - Accounts Receivables | | |
|---|---|---|
| **Name** | **Amount** | **Notes** |
| Stepp, Kimberly | $34,568.67 | |
| Moradifar, Mitra | $17,315.36 | |
| Ginsberg, Adar | $7,736.85 | |
| Hirth, Daniel | $2,255.59 | |
| Suval, Elijah | $1,655.83 | |
| Castro, Pete | $3,840.40 | |
| Bryant, Maile | $3,840.40 | |
| Patillo, Toni | $20,000.00 | |

$91,213.10

## Subtenant Payments to R&LS Investments, Inc6/1/2022 to 7/18/2023

| Tenant | Amount | Date | Notes |
|---|---|---|---|
| Resolution Escrow | $7,224.58 | 6/22/2022 | |
| Resolution Escrow | $7,129.27 | 7/25/2022 | |
| Resolution Escrow | $7,129.27 | 8/29/2022 | |
| Resolution Escrow | $6,268.99 | 10/14/2022 | |
| Resolution Escrow | $6,595.79 | 11/2/2022 | |
| Resolution Escrow | $6,595.79 | 12/28/2022 | |
| Resolution Escrow | $6,595.79 | 1/31/2022 | |
| Resolution Escrow | $6,595.79 | 2/28/2022 | |
| Resolution Escrow | $2,367.75 | 3/28/2023 | |
| **Owes for April, May, June - $19,787.37 ($6,595.79/month)** | | | |
| | | | |
| Estate Coffee - Palisades Location | $5,925.42 | 6/13/2022 | |
| Estate Coffee - Palisades Location | $5,926.58 | 7/14/2022 | |
| Estate Coffee - Palisades Location | $5,924.26 | 8/22/2022 | |
| Estate Coffee - Palisades Location | $5,925.42 | 9/27/2022 | |
| Estate Coffee - Palisades Location | $5,925.42 | 10/12/2022 | |
| Estate Coffee - Palisades Location | $5,925.42 | 11/30/2022 | |
| Estate Coffee - Palisades Location | $5,925.42 | 12/31/2022 | |
| Estate Coffee - Palisades Location | $5,925.42 | 1/31/2023 | |
| **Abundant Success, LLC took over this lease** | | | |
| | | | |
| Estate Coffee - Santa Monica Location | $7,962.61 | 6/13/2022 | |
| Estate Coffee - Santa Monica Location | $8,037.39 | 7/14/2022 | |
| Estate Coffee - Santa Monica Location | $7,887.83 | 8/22/2022 | |
| Estate Coffee - Santa Monica Location | $8,217.61 | 9/27/2022 | |
| Estate Coffee - Santa Monica Location | $6,710.86 | 10/12/2022 | |
| Estate Coffee - Santa Monica Location | $14,282.72 | 11/30/2022 | Novemer/December Rent |
| Estate Coffee - Santa Monica Location | $20,734.08 | 12/2/2022 | January-March Rent (Prepaid) |
| **Owes for April, May, June - $20,734.08 ($6,911.36/month)** | | | |
| | | | |
| Abundant Success, LLC | $10,724.00 | 3/23/2023 | |
| Abundant Success, LLC | $10,724.00 | 4/30/2023 | |
| Abundant Success, LLC | $10,724.00 | 5/18/2023 | |
| Abundant Success, LLC | $10,724.00 | 6/16/2023 | Only paid a portion |
| Abundant Success, LLC | $10,724.00 | 7/3/2023 | Paid July and Remainder of Jur |
| Abundant Success, LLC | $9,144.96 | 3/1/2023 | First Month's Rent |
| Abundant Success, LLC | $18,289.92 | 3/1/23 | Security Deposit |
| **Paid to Date** | | | |
| | | | |
| Gibbons, John | $800.00 | 6/24/2022 | |
| Gibbons, John | $800.00 | 7/19/2022 | |
| Gibbons, John | $800.00 | 8/19/2022 | |
| Gibbons, John | $800.00 | 9/22/2022 | |
| Gibbons, John | $800.00 | 10/20/2022 | |
| Gibbons, John | $800.00 | 11/16/2022 | |
| Gibbons, John | $800.00 | 12/20/0222 | |
| Gibbons, John | $800.00 | 2/14/2023 | |
| Gibbons, John | $824.00 | 2/16/2023 | |
| Gibbons, John | $824.00 | 3/16/2023 | |
| Gibbons, John | $824.00 | 4/24/0223 | |

| | | | |
|---|---|---|---|
| Gibbons, John | $824.00 | 5/17/2023 | |
| Gibbons, John | $824.00 | 6/16/2023 | |
| Gibbons, John | $824.00 | 7/18/2023 | |
| **Paid to Date** | | | |
| | | | |
| Castles, Patrick | $615.00 | 6/24/2022 | |
| Castles, Patrick | $615.00 | 7/19/2022 | |
| Castles, Patrick | $615.00 | 8/19/2022 | |
| Castles, Patrick | $615.00 | 9/22/2022 | |
| Castles, Patrick | $615.00 | 10/20/2022 | |
| Castles, Patrick | $615.00 | 11/16/2022 | |
| Castles, Patrick | $615.00 | 12/20/0222 | |
| Castles, Patrick | $615.00 | 2/14/2023 | |
| Castles, Patrick | $633.00 | 2/16/2023 | |
| Castles, Patrick | $633.00 | 3/16/2023 | |
| Castles, Patrick | $633.00 | 4/24/0223 | |
| Castles, Patrick | $633.00 | 5/17/2023 | |
| Castles, Patrick | $633.00 | 6/16/2023 | |
| Castles, Patrick | $633.00 | 7/18/2023 | |
| **Paid to Date** | | | |
| | | | |
| Silver-Baker, Starr | $824.00 | 6/24/2022 | |
| Silver-Baker, Starr | $824.00 | 7/19/2022 | |
| Silver-Baker, Starr | $824.00 | 8/19/2022 | |
| Silver-Baker, Starr | $824.00 | 9/22/2022 | |
| Silver-Baker, Starr | $824.00 | 10/20/2022 | |
| Silver-Baker, Starr | $824.00 | 11/16/2022 | |
| Silver-Baker, Starr | $824.00 | 12/20/0222 | |
| Silver-Baker, Starr | $849.00 | 1/19/2023 | |
| Silver-Baker, Starr | $848.00 | 2/16/2023 | |
| Silver-Baker, Starr | $848.00 | 3/16/2023 | |
| Silver-Baker, Starr | $848.00 | 4/24/0223 | |
| Silver-Baker, Starr | $848.00 | 5/17/2023 | |
| Silver-Baker, Starr | $848.00 | 6/16/2023 | |
| Silver-Baker, Starr | $848.00 | 7/18/2023 | |
| **Paid to Date** | | | |
| | | | |
| Greystone Insurance | $800.00 | 6/24/2022 | |
| Greystone Insurance | $800.00 | 7/19/2022 | |
| Greystone Insurance | $800.00 | 8/19/2022 | |
| Greystone Insurance | $800.00 | 9/22/2022 | |
| Greystone Insurance | $800.00 | 10/20/2022 | |
| Greystone Insurance | $800.00 | 11/16/2022 | |
| Greystone Insurance | $800.00 | 12/20/2022 | |
| Greystone Insurance | $800.00 | 2/16/2023 | |
| Greystone Insurance | $800.00 | 2/17/2023 | |
| Greystone Insurance | $800.00 | 3/16/2023 | |
| Greystone Insurance | $800.00 | 4/24/2023 | |
| Greystone Insurance | $800.00 | 5/17/2023 | |
| **Owes for June - $800** | | | |
| | | | |

| DBA Name | Status | Value |
|---|---|---|
| 270 CommercialACTIVE AS OF 07/02/2018 | Active | Unknown |
| Aria PropertiesACTIVE AS OF 08/15/2022 | In process of being removed | Unknown |
| DA NationwideACTIVE FROM 03/16/2020 TO 04/28/2021 | Expired | Unknown |
| DA Nationwide GroupACTIVE FROM 03/16/2020 TO 04/28/2021 | Expired | Unknown |
| Escrow Advisors, a non-independentbroker escrowACTIVE AS OF 06/14/2022 | Active | Unknown |
| Keller WilliamsACTIVE AS OF 10/24/2016 | Active | Unknown |
| Keller Williams LuxuryACTIVE AS OF 08/21/2018 | Active | Unknown |
| Keller Williams Luxury InternationalACTIVE AS OF 08/21/2018 | Active | Unknown |
| Keller Williams Pacific PalisadesACTIVE AS OF 10/24/2016 | Active | Unknown |
| Keller Williams PalisadesACTIVE AS OF 08/21/2018 | Active | Unknown |
| Keller Williams Realty Pacific PalisadesACTIVE AS OF 04/01/2010 | Active | Unknown |
| Keller Williams Realty Santa MonicaACTIVE AS OF 05/16/2005 | Active | Unknown |
| Keller Williams Santa MonicaACTIVE AS OF 10/24/2016 | Active | Unknown |
| Keller Williams Santa Monica \| PalisadesACTIVE AS OF 08/21/2018 | Active | Unknown |
| Keller Williams TopangaACTIVE AS OF 10/24/2016 | Active | Unknown |
| KWACTIVE AS OF 08/21/2018 | Active | Unknown |
| KW AdvisorsACTIVE AS OF 11/09/2021 | Active | Unknown |
| KW Advisors - BrentwoodACTIVE AS OF 07/15/2022 | Active | Unknown |
| KW Advisors - InglewoodACTIVE AS OF 07/15/2022 | Active | Unknown |
| KW Advisors - Marina Del ReyACTIVE AS OF 07/15/2022 | Active | Unknown |
| KW Advisors - Pacific PalisadesACTIVE AS OF 07/15/2022 | Active | Unknown |
| KW Advisors - Santa MonicaACTIVE AS OF 07/15/2022 | Active | Unknown |
| KW CommercialACTIVE AS OF 10/24/2016 | Active | Unknown |
| KW Commercial Santa MonicaACTIVE AS OF 10/14/2010 | Active | Unknown |
| KW Keller WilliamsACTIVE AS OF 08/21/2018 | Active | Unknown |
| KW LuxuryACTIVE AS OF 08/21/2018 | Active | Unknown |
| KW Luxury HomesACTIVE AS OF 10/24/2016 | Active | Unknown |
| KW Luxury InternationalACTIVE AS OF 08/21/2018 | Active | Unknown |
| KW MalibuACTIVE AS OF 05/16/2018 | Active | Unknown |
| KW Pacific PalisadesACTIVE AS OF 08/21/2018 | Active | Unknown |
| KW PalisadesACTIVE AS OF 05/16/2018 | Active | Unknown |
| KW Palisades\|MalibuACTIVE AS OF 05/16/2018 | Active | Unknown |
| KW Santa MonicaACTIVE AS OF 06/12/2018 | Active | Unknown |
| KWSanta Monica \| PalisadesACTIVE AS OF 08/21/2018 | Active | Unknown |
| KW Santa Monica, Palisades & MalibuACTIVE AS OF 08/21/2018 | Active | Unknown |
| KW Santa Monica-ReferralACTIVE AS OF 10/24/2016 | Active | Unknown |
| KWSMACTIVE AS OF 08/21/2018 | Active | Unknown |
| KWSM-ReferralACTIVE AS OF 10/24/2016 | Active | Unknown |
| KW TopangaACTIVE AS OF 05/16/2018 | Active | Unknown |
| MVP CommercialACTIVE AS OF 11/01/2021 | Active | Unknown |
| Resolution Escrow, a non-independentbroker escrowACTIVE FROM 10/11/2012 TO 10/23/2016 | Expired | Unknown |
| Smart Property GroupACTIVE AS OF 11/01/2018 | Active | Unknown |
| Vegan RealtyACTIVE AS OF 04/20/2023 | Active | Unknown |
| CREI | In process of being added | Unknown |
| Commercial Real Estate Investments | In process of being added | Unknown |
| Stepp Commercial | In process of being added | Unknown |
| KW Brentwood | In process of being added | Unknown |
| Keller Williams Brentwood | In process of being added | Unknown |

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | OFFICE FURNITURE | 02/03/17 | 200DB | 7.00 | HY | 17 | 3,762. | | 3,762. | | | | | 0. | |
| 212 | OFFICE FURNITURE | 02/13/17 | 200DB | 7.00 | HY | 17 | 2,871. | | 2,871. | | | | | 0. | |
| 268 | CARRYOVER FROM 2021 ASSET # 247 | | | | | 10 | | | | | | | 435. | 435. | |
| | LESS 179 C/O | | | | | | | | | | | | -435. | -435. | |
| 269 | CARRYOVER FROM 2021 ASSET # 248 | | | | | 10 | | | | | | | 1,436. | 1,436. | |
| | LESS 179 C/O | | | | | | | | | | | | -1,436. | -1,436. | |
| 270 | CARRYOVER FROM 2021 ASSET # 249 | | | | | 10 | | | | | | | 3,475. | 3,475. | |
| | LESS 179 C/O | | | | | | | | | | | | -3,475. | -3,475. | |
| 271 | CARRYOVER FROM 2021 ASSET # 250 | | | | | 10 | | | | | | | 10,000. | 10,000. | |
| | LESS 179 C/O | | | | | | | | | | | | -10,000. | -10,000. | |
| 272 | CARRYOVER FROM 2021 ASSET # 251 | | | | | 10 | | | | | | | 1,171. | 1,171. | |
| | LESS 179 C/O | | | | | | | | | | | | -1,171. | -1,171. | |
| 273 | CARRYOVER FROM 2021 ASSET # 252 | | | | | 10 | | | | | | | 3,215. | 3,215. | |
| | LESS 179 C/O | | | | | | | | | | | | -3,215. | -3,215. | |
| 274 | CARRYOVER FROM 2021 ASSET # 253 | | | | | 10 | | | | | | | 548. | 548. | |
| | LESS 179 C/O | | | | | | | | | | | | -548. | -548. | |
| 275 | CARRYOVER FROM 2021 ASSET # 254 | | | | | 10 | | | | | | | 625. | 625. | |
| | LESS 179 C/O | | | | | | | | | | | | -625. | -625. | |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION　　OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276 | CARRYOVER FROM 2021 ASSET # 255 | | | | | 10 | | | | | | | 625. | 625. | |
| | LESS 179 C/O | | | | | | | | | | | | -625. | -625. | |
| 277 | CARRYOVER FROM 2021 ASSET # 256 | | | | | 10 | | | | | | | 1,725. | 1,725. | |
| | LESS 179 C/O | | | | | | | | | | | | -1,725. | -1,725. | |
| 278 | CARRYOVER FROM 2021 ASSET # 257 | | | | | 10 | | | | | | | 1,917. | 1,917. | |
| | LESS 179 C/O | | | | | | | | | | | | -1,917. | -1,917. | |
| 279 | CARRYOVER FROM 2021 ASSET # 258 | | | | | 10 | | | | | | | 552. | 552. | |
| | LESS 179 C/O | | | | | | | | | | | | -552. | -552. | |
| 280 | CARRYOVER FROM 2021 ASSET # 259 | | | | | 10 | | | | | | | 1,917. | 1,917. | |
| | LESS 179 C/O | | | | | | | | | | | | -1,917. | -1,917. | |
| 281 | CARRYOVER FROM 2021 ASSET # 260 | | | | | 10 | | | | | | | 552. | 552. | |
| | LESS 179 C/O | | | | | | | | | | | | -552. | -552. | |
| 282 | CARRYOVER FROM 2021 ASSET # 261 | | | | | 10 | | | | | | | 1,917. | 1,917. | |
| | LESS 179 C/O | | | | | | | | | | | | -1,917. | -1,917. | |
| 283 | CARRYOVER FROM 2021 ASSET # 262 | | | | | 10 | | | | | | | 552. | 552. | |
| | LESS 179 C/O | | | | | | | | | | | | -552. | -552. | |
| 284 | CARRYOVER FROM 2021 ASSET # 263 | | | | | 10 | | | | | | | 1,917. | 1,917. | |
| | LESS 179 C/O | | | | | | | | | | | | -1,917. | -1,917. | |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 285 | CARRYOVER FROM 2021 ASSET # 264 | | | | | 10 | | | | | | | 552. | 552. | |
| | LESS 179 C/O | | | | | | | | | | | | -552. | -552. | |
| 286 | CARRYOVER FROM 2021 ASSET # 265 | | | | | 10 | | | | | | | 1,917. | 1,917. | |
| | LESS 179 C/O | | | | | | | | | | | | -1,917. | -1,917. | |
| 287 | CARRYOVER FROM 2021 ASSET # 266 | | | | | 10 | | | | | | | 552. | 552. | |
| | LESS 179 C/O | | | | | | | | | | | | -552. | -552. | |
| 1 | OFFICE FURNITURE | 05/17/05 | 200DB | 7.00 | HY | 17 | 7,026. | | | | 7,026. | 7,026. | | 0. | 7,026. |
| 2 | OFFICE FURNITURE | 05/31/05 | 200DB | 7.00 | HY | 17 | 2,000. | | | | 2,000. | 2,000. | | 0. | 2,000. |
| 3 | OFFICE FURNITURE | 05/31/05 | 200DB | 7.00 | HY | 17 | 5,583. | | | | 5,583. | 5,583. | | 0. | 5,583. |
| 4 | OFFICE FURNITURE | 06/02/05 | 200DB | 7.00 | HY | 17 | 1,011. | | | | 1,011. | 1,011. | | 0. | 1,011. |
| 5 | OFFICE FURNITURE | 06/20/05 | 200DB | 7.00 | HY | 17 | 1,768. | | | | 1,768. | 1,768. | | 0. | 1,768. |
| 6 | OFFICE FURNITURE | 06/27/05 | 200DB | 7.00 | HY | 17 | 781. | | | | 781. | 781. | | 0. | 781. |
| 7 | OFFICE FURNITURE | 06/28/05 | 200DB | 7.00 | HY | 17 | 5,520. | | | | 5,520. | 5,520. | | 0. | 5,520. |
| 8 | OFFICE FURNITURE | 06/29/05 | 200DB | 7.00 | HY | 17 | 723. | | | | 723. | 723. | | 0. | 723. |
| 9 | OFFICE FURNITURE | 08/05/05 | 200DB | 7.00 | HY | 17 | 1,751. | | | | 1,751. | 1,751. | | 0. | 1,751. |
| 10 | OFFICE FURNITURE | 08/19/05 | 200DB | 7.00 | HY | 17 | 1,050. | | | | 1,050. | 1,050. | | 0. | 1,050. |
| 11 | OFFICE FURNITURE | 08/26/05 | 200DB | 7.00 | HY | 17 | 1,459. | | | | 1,459. | 1,459. | | 0. | 1,459. |
| 12 | OFFICE FURNITURE | 08/31/05 | 200DB | 7.00 | HY | 17 | 1,121. | | | | 1,121. | 1,121. | | 0. | 1,121. |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | OFFICE FURNITURE | 08/31/05 | 200DB | 7.00 | HY | 17 | 1,117. | | | | 1,117. | 1,117. | | 0. | 1,117. |
| 14 | OFFICE FURNITURE | 09/14/05 | 200DB | 7.00 | HY | 17 | 1,552. | | | | 1,552. | 1,552. | | 0. | 1,552. |
| 29 | OFFICE FURNITURE | 10/11/05 | 200DB | 7.00 | HY | 17 | 2,181. | | | | 2,181. | 2,181. | | 0. | 2,181. |
| 31 | OFFICE FURNITURE | 01/26/06 | 200DB | 7.00 | HY | 17 | 1,319. | | 1,319. | | | | | 0. | |
| 32 | OFFICE FURNITURE | 02/16/06 | 200DB | 7.00 | HY | 17 | 681. | | 681. | | | | | 0. | |
| 33 | OFFICE FURNITURE | 02/28/06 | 200DB | 7.00 | HY | 17 | 1,151. | | 1,151. | | | | | 0. | |
| 34 | OFFICE FURNITURE | 04/05/06 | 200DB | 7.00 | HY | 17 | 141. | | 141. | | | | | 0. | |
| 35 | OFFICE FURNITURE | 04/21/06 | 200DB | 7.00 | HY | 17 | 250. | | 250. | | | | | 0. | |
| 36 | OFFICE FURNITURE | 05/16/06 | 200DB | 7.00 | HY | 17 | 478. | | 478. | | | | | 0. | |
| 49 | OFFICE FURNITURE | 04/11/07 | 200DB | 7.00 | MQ | 17 | 471. | | | | 471. | 471. | | 0. | 471. |
| 50 | OFFICE FURNITURE | 07/29/07 | 200DB | 7.00 | MQ | 17 | 280. | | | | 280. | 280. | | 0. | 280. |
| 51 | OFFICE FURNITURE | 08/31/07 | 200DB | 7.00 | MQ | 17 | 1,114. | | | | 1,114. | 1,114. | | 0. | 1,114. |
| 52 | OFFICE FURNITURE | 10/25/07 | 200DB | 7.00 | MQ | 17 | 405. | | | | 405. | 405. | | 0. | 405. |
| 77 | OFFICE FURNITURE | 12/31/09 | 200DB | 7.00 | HY | 17 | 877. | | 877. | | | | | 0. | |
| 80 | OFFICE FURNITURE | 01/29/10 | 200DB | 7.00 | MQ | 17 | 878. | | 878. | | | | | 0. | |
| 81 | OFFICE FURNITURE | 09/24/10 | 200DB | 7.00 | MQ | 17 | 10,032. | | 10,032. | | | | | 0. | |
| 82 | OFFICE FURNITURE | 09/30/10 | 200DB | 7.00 | MQ | 17 | 10,939. | | 10,939. | | | | | 0. | |
| 83 | OFFICE FURNITURE | 09/30/10 | 200DB | 7.00 | MQ | 17 | 425. | | 425. | | | | | 0. | |



(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | OFFICE FURNITURE | 09/30/10 | 200DB | 7.00 | MQ | 17 | 2,391. | | 2,391. | | | | | 0. | |
| 85 | OFFICE FURNITURE | 10/06/10 | 200DB | 7.00 | MQ | 17 | 2,398. | | 2,398. | | | | | 0. | |
| 86 | OFFICE FURNITURE | 10/07/10 | 200DB | 7.00 | MQ | 17 | 3,143. | | 3,143. | | | | | 0. | |
| 87 | OFFICE FURNITURE | 10/29/10 | 200DB | 7.00 | MQ | 17 | 2,610. | | 2,610. | | | | | 0. | |
| 88 | OFFICE FURNITURE | 11/11/10 | 200DB | 7.00 | MQ | 17 | 864. | | 864. | | | | | 0. | |
| 89 | OFFICE FURNITURE | 11/15/10 | 200DB | 7.00 | MQ | 17 | 2,483. | | 2,483. | | | | | 0. | |
| 90 | OFFICE FURNITURE | 12/10/10 | 200DB | 7.00 | MQ | 17 | 1,324. | | 1,324. | | | | | 0. | |
| 110 | OFFICE FURNITURE | 01/08/11 | 200DB | 7.00 | MQ | 17 | 627. | | 627. | | | | | 0. | |
| 111 | OFFICE FURNITURE | 02/15/11 | 200DB | 7.00 | HY | 17 | 627. | | 627. | | | | | 0. | |
| 112 | OFFICE FURNITURE | 03/22/11 | 200DB | 7.00 | HY | 17 | 627. | | 627. | | | | | 0. | |
| 113 | OFFICE FURNITURE | 05/01/11 | 200DB | 7.00 | HY | 17 | 1,254. | | 1,254. | | | | | 0. | |
| 114 | OFFICE FURNITURE | 06/15/11 | 200DB | 7.00 | HY | 17 | 627. | | 627. | | | | | 0. | |
| 149 | OFFICE FURNITURE | 07/01/12 | 200DB | 7.00 | HY | 17 | 23,880. | | 23,880. | | | | | 0. | |
| 150 | OFFICE FURNITURE | 07/01/13 | 200DB | 7.00 | HY | 17 | 1,847. | | 1,847. | | | | | 0. | |
| 152 | OFFICE FURNITURE | 01/28/14 | 200DB | 7.00 | HY | 17 | 561. | | 561. | | | | | 0. | |
| 153 | OFFICE FURNITURE | 03/18/14 | 200DB | 7.00 | HY | 17 | 903. | | 903. | | | | | 0. | |
| 154 | OFFICE FURNITURE | 04/30/14 | 200DB | 7.00 | HY | 17 | 1,488. | | 1,488. | | | | | 0. | |
| 155 | OFFICE FURNITURE | 05/27/14 | 200DB | 7.00 | HY | 17 | 1,277. | | 1,277. | | | | | 0. | |



(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 156 | OFFICE FURNITURE | 06/29/14 | 200DB | 7.00 | HY | 17 | 557. | | 557. | | | | | 0. | |
| 157 | OFFICE FURNITURE | 06/29/14 | 200DB | 7.00 | HY | 17 | 880. | | 880. | | | | | 0. | |
| 158 | OFFICE FURNITURE | 07/01/14 | 200DB | 7.00 | HY | 17 | 1,136. | | 1,136. | | | | | 0. | |
| 172 | OFFICE FURNITURE | 03/31/15 | 200DB | 7.00 | HY | 17 | 623. | | 623. | | | | | 0. | |
| 173 | OFFICE FURNITURE | 10/29/15 | 200DB | 7.00 | HY | 17 | 3,000. | | 3,000. | | | | | 0. | |
| 174 | OFFICE FURNITURE | 01/28/16 | 200DB | 7.00 | HY | 17 | 2,756. | | 2,756. | | | | | 0. | |
| 175 | OFFICE FURNITURE | 02/29/16 | 200DB | 7.00 | HY | 17 | 1,435. | | 1,435. | | | | | 0. | |
| 176 | OFFICE FURNITURE | 06/30/16 | 200DB | 7.00 | HY | 17 | 2,500. | | 2,500. | | | | | 0. | |
| 177 | OFFICE FURNITURE | 07/14/16 | 200DB | 7.00 | HY | 17 | 649. | | 649. | | | | | 0. | |
| 178 | OFFICE FURNITURE | 08/31/16 | 200DB | 7.00 | HY | 17 | 1,662. | | 1,662. | | | | | 0. | |
| 189 | OFFICE FURNITURE | 03/09/17 | 200DB | 7.00 | HY | 17 | 3,792. | | 3,792. | | | | | 0. | |
| 190 | OFFICE FURNITURE | 03/29/17 | 200DB | 7.00 | HY | 17 | 2,006. | | 2,006. | | | | | 0. | |
| 191 | OFFICE FURNITURE | 03/30/17 | 200DB | 7.00 | HY | 17 | 2,006. | | 2,006. | | | | | 0. | |
| 192 | OFFICE FURNITURE | 04/24/17 | 200DB | 7.00 | HY | 17 | 1,142. | | 1,142. | | | | | 0. | |
| 193 | OFFICE FURNITURE | 06/05/17 | 200DB | 7.00 | HY | 17 | 6,504. | | 6,504. | | | | | 0. | |
| 194 | OFFICE FURNITURE | 06/16/17 | 200DB | 7.00 | HY | 17 | 3,842. | | 3,842. | | | | | 0. | |
| 195 | OFFICE FURNITURE | 07/10/17 | 200DB | 7.00 | HY | 17 | 3,842. | | 3,842. | | | | | 0. | |
| 196 | OFFICE FURNITURE | 08/11/17 | 200DB | 7.00 | HY | 17 | 4,642. | | 4,642. | | | | | 0. | |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | OFFICE FURNITURE | 08/25/17 | 200DB | 7.00 | HY | 17 | 1,350. | | 1,350. | | | | | 0. | |
| 198 | OFFICE FURNITURE | 10/06/17 | 200DB | 7.00 | HY | 17 | 5,346. | | 5,346. | | | | | 0. | |
| 199 | OFFICE FURNITURE | 11/29/17 | 200DB | 7.00 | HY | 17 | 2,356. | | 2,356. | | | | | 0. | |
| 200 | OFFICE FURNITURE | 12/27/17 | 200DB | 7.00 | HY | 17 | 4,932. | | 4,932. | | | | | 0. | |
| 210 | OFFICE FURNITURE | 12/27/17 | 200DB | 7.00 | HY | 17 | 8,389. | | 8,389. | | | | | 0. | |
| 214 | OFFICE FURNITURE | 12/23/19 | 200DB | 7.00 | MQ | 17 | 5,160. | | | 5,160. | | | | 0. | |
| 219 | OFFICE FURNITURE | 02/26/19 | 200DB | 7.00 | MQ | 17 | 7,782. | | | 7,782. | | | | 0. | |
| 220 | OFFICE FURNITURE | 10/17/19 | 200DB | 7.00 | MQ | 17 | 16,382. | | | 16,382. | | | | 0. | |
| 221 | OFFICE FURNITURE | 10/25/19 | 200DB | 7.00 | MQ | 17 | 65,000. | | | 65,000. | | | | 0. | |
| 222 | OFFICE FURNITURE | 12/06/19 | 200DB | 7.00 | MQ | 17 | 40,000. | | | 40,000. | | | | 0. | |
| 224 | OFFICE FURNITURE | 01/21/20 | 200DB | 7.00 | HY | 17 | 18,099. | | 18,099. | | | | | 0. | |
| 225 | OFFICE FURNITURE | 01/27/20 | 200DB | 7.00 | HY | 17 | 693. | | 693. | | | | | 0. | |
| 226 | OFFICE FURNITURE | 01/27/20 | 200DB | 7.00 | HY | 17 | 1,967. | | 1,967. | | | | | 0. | |
| 227 | OFFICE FURNITURE | 02/26/20 | 200DB | 7.00 | HY | 17 | 3,947. | | 3,947. | | | | | 0. | |
| 228 | OFFICE FURNITURE | 02/28/20 | 200DB | 7.00 | HY | 17 | 1,500. | | 1,500. | | | | | 0. | |
| 229 | OFFICE FURNITURE | 02/29/20 | 200DB | 7.00 | HY | 17 | 2,152. | | 2,152. | | | | | 0. | |
| 230 | OFFICE FURNITURE | 02/29/20 | 200DB | 7.00 | HY | 17 | 13,049. | | 13,049. | | | | | 0. | |
| 231 | OFFICE FURNITURE | 02/29/20 | 200DB | 7.00 | HY | 17 | 1,428. | | 1,428. | | | | | 0. | |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION — OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 232 | OFFICE FURNITURE | 02/29/20 | 200DB | 7.00 | HY | 17 | 2,690. | | 2,690. | | | | | 0. | |
| 233 | OFFICE FURNITURE | 03/10/20 | 200DB | 7.00 | HY | 17 | 9,187. | | 9,187. | | | | | 0. | |
| 234 | OFFICE FURNITURE | 03/20/20 | 200DB | 7.00 | HY | 17 | 748. | | 748. | | | | | 0. | |
| 240 | OFFICE FURNITURE - AGL | 01/01/21 | 200DB | 7.00 | HY | 17 | 54,429. | | | 639. | 53,790. | 53,790. | | 0. | 53,790. |
| 245 | OFFICE FURNITURE | 04/27/21 | 200DB | 7.00 | HY | 17 | 868. | | 868. | | | | | 0. | |
| 246 | OFFICE FURNITURE | 06/21/21 | 200DB | 7.00 | HY | 17 | 882. | | 882. | | | | | 0. | |
| 247 | OFFICE FURNITURE | 06/30/21 | 200DB | 7.00 | HY | 17 | 2,340. | | 2,340. | | | | | 0. | |
| 248 | OFFICE FURNITURE | 08/31/21 | 200DB | 7.00 | HY | 17 | 1,436. | | 1,436. | | | | | 0. | |
| 249 | OFFICE FURNITURE | 09/30/21 | 200DB | 7.00 | HY | 17 | 3,475. | | 3,475. | | | | | 0. | |
| 288 | OFFICE FURNITURE | 01/06/22 | 200DB | 7.00 | HY | 19C | 40,000. | | | 40,000. | | | | 40,000. | |
| 289 | OFFICE FURNITURE | 06/01/22 | 200DB | 7.00 | HY | 19C | 1,445. | | | 1,445. | | | | 1,445. | |
| 290 | OFFICE FURNITURE | 08/23/22 | 200DB | 7.00 | HY | 19C | 2,224. | | | 2,224. | | | | 2,224. | |
| | * OTHER TOTAL - | | | | | | 481,878. | | 212,543. | 178,632. | 90,703. | 90,703. | | 43,669. | 90,703. |
| 15 | OFFICE EQUIPMENT | 06/30/05 | 200DB | 7.00 | HY | 17 | 5,305. | | | | 5,305. | 5,305. | | 0. | 5,305. |
| 16 | COMPUTER EQUIPMENT - LAN | 08/22/05 | 200DB | 5.00 | HY | 17 | 1,330. | | | | 1,330. | 1,330. | | 0. | 1,330. |
| 17 | OFFICE EQUIPMENT | 08/24/05 | 200DB | 7.00 | HY | 17 | 1,902. | | | | 1,902. | 1,902. | | 0. | 1,902. |
| 18 | TELEPHONE SYSTEM | 05/04/05 | 200DB | 5.00 | HY | 17 | 3,212. | | | | 3,212. | 3,212. | | 0. | 3,212. |
| 19 | COMPUTER EQUIPMENT - LAN | 06/08/05 | 200DB | 5.00 | HY | 17 | 7,940. | | | | 7,940. | 7,940. | | 0. | 7,940. |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION — OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | COMPUTER CABLES | 06/28/05 | 200DB | 5.00 | HY | 17 | 1,137. | | | | 1,137. | 1,137. | | 0. | 1,137. |
| 21 | COMPUTER EQUIPMENT - LAN | 07/07/05 | 200DB | 5.00 | HY | 17 | 7,940. | | | | 7,940. | 7,940. | | 0. | 7,940. |
| 22 | OFFICE EQUIPMENT | 11/11/05 | 200DB | 7.00 | HY | 17 | 979. | | | | 979. | 979. | | 0. | 979. |
| 30 | OFFICE EQUIPMENT | 01/11/05 | 200DB | 5.00 | HY | 17 | 3,004. | | | | 3,004. | 3,004. | | 0. | 3,004. |
| 37 | OFFICE EQUIPMENT | 03/09/06 | 200DB | 7.00 | HY | 17 | 216. | | 216. | | | | | 0. | |
| 38 | OFFICE EQUIPMENT | 04/01/06 | 200DB | 7.00 | HY | 17 | 350. | | 350. | | | | | 0. | |
| 39 | OFFICE EQUIPMENT | 05/09/06 | 200DB | 7.00 | HY | 17 | 520. | | 520. | | | | | 0. | |
| 40 | OFFICE EQUIPMENT | 05/11/06 | 200DB | 7.00 | HY | 17 | 1,287. | | 1,287. | | | | | 0. | |
| 41 | OFFICE EQUIPMENT | 10/13/06 | 200DB | 7.00 | HY | 17 | 249. | | 249. | | | | | 0. | |
| 53 | SERVER | 05/31/07 | 200DB | 5.00 | MQ | 21 | 1,275. | | | | 1,275. | 1,275. | | 0. | 1,275. |
| 54 | OFFICE EQUIPMENT | 07/15/07 | 200DB | 7.00 | MQ | 17 | 1,183. | | | | 1,183. | 1,183. | | 0. | 1,183. |
| 55 | OFFICE EQUIPMENT | 08/31/07 | 200DB | 7.00 | MQ | 17 | 1,315. | | | | 1,315. | 1,315. | | 0. | 1,315. |
| 56 | COMPUTER | 10/31/07 | 200DB | 5.00 | MQ | 21 | 971. | | | | 971. | 971. | | 0. | 971. |
| 73 | OFFICE EQUIPMENT | 02/29/08 | 200DB | 7.00 | HY | 17 | 1,274. | | 1,274. | | | | | 0. | |
| 74 | OFFICE EQUIPMENT | 03/31/08 | 200DB | 7.00 | HY | 17 | 1,266. | | 1,266. | | | | | 0. | |
| 76 | OFFICE EQUIPMENT | 07/01/08 | 200DB | 7.00 | HY | 17 | 702. | | 702. | | | | | 0. | |
| 79 | OFFICE EQUIPMENT | 07/01/09 | 200DB | 7.00 | HY | 17 | 2,145. | | 2,145. | | | | | 0. | |
| 92 | OFFICE EQUIPMENT | 06/11/10 | 200DB | 7.00 | MQ | 17 | 768. | | 768. | | | | | 0. | |



(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | OFFICE EQUIPMENT | 07/01/10 | 200DB | 7.00 | MQ | 17 | 1,093. | | 1,093. | | | | | 0. | |
| 94 | OFFICE EQUIPMENT | 08/10/10 | 200DB | 7.00 | MQ | 17 | 8,691. | | 8,691. | | | | | 0. | |
| 95 | OFFICE EQUIPMENT | 09/30/10 | 200DB | 7.00 | MQ | 17 | 767. | | 767. | | | | | 0. | |
| 96 | OFFICE EQUIPMENT | 11/12/10 | 200DB | 7.00 | MQ | 17 | 1,502. | | 1,502. | | | | | 0. | |
| 97 | OFFICE EQUIPMENT | 11/15/10 | 200DB | 7.00 | MQ | 17 | 8,185. | | 8,185. | | | | | 0. | |
| 98 | OFFICE EQUIPMENT | 11/21/10 | 200DB | 7.00 | MQ | 17 | 1,760. | | 1,760. | | | | | 0. | |
| 99 | OFFICE EQUIPMENT | 12/15/10 | 200DB | 7.00 | MQ | 17 | 1,562. | | 1,562. | | | | | 0. | |
| 100 | OFFICE EQUIPMENT | 12/31/10 | 200DB | 7.00 | MQ | 17 | 1,002. | | 1,002. | | | | | 0. | |
| 108 | OFFICE EQUIPMENT | 08/10/10 | 200DB | 7.00 | MQ | 17 | 996. | | 996. | | | | | 0. | |
| 142 | OFFICE EQUIPMENT | 01/31/11 | 200DB | 7.00 | HY | 17 | 580. | | 580. | | | | | 0. | |
| 143 | OFFICE EQUIPMENT | 05/31/11 | 200DB | 7.00 | HY | 17 | 580. | | 580. | | | | | 0. | |
| 144 | OFFICE EQUIPMENT | 06/29/11 | 200DB | 7.00 | HY | 17 | 823. | | 823. | | | | | 0. | |
| 145 | OFFICE EQUIPMENT | 08/30/11 | 200DB | 7.00 | HY | 17 | 625. | | 625. | | | | | 0. | |
| 147 | COMPUTER EQUIPMENT | 08/01/12 | 200DB | 5.00 | HY | 17 | 1,882. | | 1,882. | | | | | 0. | |
| 151 | OFFICE EQUIPMENT | 07/01/13 | 200DB | 5.00 | HY | 17 | 20,819. | | 20,819. | | | | | 0. | |
| 159 | OFFICE EQUIPMENT | 03/19/14 | 200DB | 5.00 | HY | 17 | 3,500. | | 3,500. | | | | | 0. | |
| 160 | OFFICE EQUIPMENT | 03/25/14 | 200DB | 5.00 | HY | 17 | 3,282. | | 3,282. | | | | | 0. | |
| 161 | OFFICE EQUIPMENT | 03/31/14 | 200DB | 5.00 | HY | 17 | 1,551. | | 1,551. | | | | | 0. | |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | OFFICE EQUIPMENT | 04/15/14 | 200DB | 5.00 | HY | 17 | 5,097. | | 5,097. | | | | | 0. | |
| 168 | OFFICE EQUIPMENT | 01/30/15 | 200DB | 5.00 | HY | 17 | 2,115. | | 2,115. | | | | | 0. | |
| 169 | OFFICE EQUIPMENT | 03/31/15 | 200DB | 5.00 | HY | 17 | 1,925. | | 1,925. | | | | | 0. | |
| 170 | OFFICE EQUIPMENT | 03/31/15 | 200DB | 5.00 | HY | 17 | 807. | | 807. | | | | | 0. | |
| 171 | OFFICE EQUIPMENT | 06/23/15 | 200DB | 5.00 | HY | 17 | 2,069. | | 2,069. | | | | | 0. | |
| 179 | OFFICE EQUIPMENT | 03/21/16 | 200DB | 5.00 | HY | 17 | 5,577. | | 5,577. | | | | | 0. | |
| 180 | OFFICE EQUIPMENT | 12/28/16 | 200DB | 5.00 | HY | 17 | 743. | | 743. | | | | | 0. | |
| 181 | OFFICE EQUIPMENT | 12/28/16 | 200DB | 5.00 | HY | 17 | 696. | | 696. | | | | | 0. | |
| 201 | OFFICE EQUIPMENT | 02/13/17 | 200DB | 5.00 | HY | 17 | 2,413. | | 2,413. | | | | | 0. | |
| 202 | OFFICE EQUIPMENT | 04/30/17 | 200DB | 5.00 | HY | 17 | 1,350. | | 1,350. | | | | | 0. | |
| 203 | OFFICE EQUIPMENT | 07/24/17 | 200DB | 5.00 | HY | 17 | 1,059. | | 1,059. | | | | | 0. | |
| 215 | OFFICE EQUIPMENT | 12/30/19 | 200DB | 5.00 | MQ | 17 | 4,279. | | | 4,279. | | | | 0. | |
| 235 | OFFICE EQUIPMENT | 01/07/20 | 200DB | 5.00 | HY | 17 | 12,306. | | 12,306. | | | | | 0. | |
| 236 | OFFICE EQUIPMENT | 01/24/20 | 200DB | 5.00 | HY | 17 | 998. | | 998. | | | | | 0. | |
| 237 | OFFICE EQUIPMENT | 10/27/20 | 200DB | 5.00 | HY | 17 | 1,996. | | 1,996. | | | | | 0. | |
| 239 | COMPUTERS - AGL | 01/01/21 | 200DB | 5.00 | HY | 17 | 32,471. | | | | 32,471. | 32,471. | | 0. | 32,471. |
| 242 | OFFICE EQUIPMENT - AGL | 01/01/21 | 200DB | 5.00 | HY | 17 | 12,745. | | | 639. | 12,106. | 12,106. | | 0. | 12,106. |
| 250 | OFFICE EQUIPMENT | 03/26/21 | 200DB | 5.00 | HY | 17 | 10,000. | | 10,000. | | | | | 0. | |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION — OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 251 | OFFICE EQUIPMENT | 03/29/21 | 200DB | 5.00 | HY | 17 | 1,171. | | 1,171. | | | | | 0. | |
| 252 | OFFICE EQUIPMENT | 10/25/21 | 200DB | 5.00 | HY | 17 | 3,215. | | 3,215. | | | | | 0. | |
| 253 | OFFICE EQUIPMENT | 10/25/21 | 200DB | 5.00 | HY | 17 | 548. | | 548. | | | | | 0. | |
| 291 | OFFICE EQUIPMENT | 05/17/22 | 200DB | 5.00 | HY | 19B | 5,446. | | | 5,446. | | | | 5,446. | |
| 292 | OFFICE EQUIPMENT | 06/01/22 | 200DB | 5.00 | HY | 19B | 842. | | | 842. | | | | 842. | |
| 293 | OFFICE EQUIPMENT | 09/19/22 | 200DB | 5.00 | HY | 19B | 1,477. | | | 1,477. | | | | 1,477. | |
| 294 | OFFICE EQUIPMENT | 12/01/22 | 200DB | 5.00 | HY | 19B | 2,425. | | | 2,425. | | | | 2,425. | |
| | * OTHER TOTAL - | | | | | | 219,240. | | 122,062. | 15,108. | 82,070. | 82,070. | | 10,190. | 82,070. |
| 218 | LEASEHOLD IMPROVEMENTS | 12/31/19 | SL | 15.00 | MQ | 17 | 11,838. | | | 11,838. | | | | 0. | |
| 223 | LEASEHOLD IMPROVEMENTS | 06/25/19 | SL | 15.00 | MQ | 17 | 59,114. | | | 59,114. | | | | 0. | |
| 241 | LEASEHOLD IMPROVEMENTS - AGL | 01/01/21 | SL | 15.00 | HY | 17 | 97,407. | | | 97,407. | | | | 0. | |
| 254 | LEASEHOLD IMPROVEMENTS | 01/28/21 | SL | 15.00 | HY | 17 | 625. | | 625. | | | | | 0. | |
| 255 | LEASEHOLD IMPROVEMENTS | 02/22/21 | SL | 15.00 | HY | 17 | 625. | | 625. | | | | | 0. | |
| 256 | LEASEHOLD IMPROVEMENTS | 03/31/21 | SL | 15.00 | HY | 17 | 1,725. | | 1,725. | | | | | 0. | |
| 257 | LEASEHOLD IMPROVEMENTS | 04/20/21 | SL | 15.00 | HY | 17 | 1,917. | | 1,917. | | | | | 0. | |
| 258 | LEASEHOLD IMPROVEMENTS | 04/20/21 | SL | 15.00 | HY | 17 | 552. | | 552. | | | | | 0. | |
| 259 | LEASEHOLD IMPROVEMENTS | 05/28/21 | SL | 15.00 | HY | 17 | 1,917. | | 1,917. | | | | | 0. | |
| 260 | LEASEHOLD IMPROVEMENTS | 05/28/21 | SL | 15.00 | HY | 17 | 552. | | 552. | | | | | 0. | |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 261 | LEASEHOLD IMPROVEMENTS | 06/25/21 | SL | 15.00 | HY | 17 | 1,917. | | 1,917. | | | | | 0. | |
| 262 | LEASEHOLD IMPROVEMENTS | 06/25/21 | SL | 15.00 | HY | 17 | 552. | | 552. | | | | | 0. | |
| 263 | LEASEHOLD IMPROVEMENTS | 07/29/21 | SL | 15.00 | HY | 17 | 1,917. | | 1,917. | | | | | 0. | |
| 264 | LEASEHOLD IMPROVEMENTS | 07/29/21 | SL | 15.00 | HY | 17 | 552. | | 552. | | | | | 0. | |
| 265 | LEASEHOLD IMPROVEMENTS | 08/31/21 | SL | 15.00 | HY | 17 | 1,917. | | 1,917. | | | | | 0. | |
| 266 | LEASEHOLD IMPROVEMENTS | 08/31/21 | SL | 15.00 | HY | 17 | 552. | | 552. | | | | | 0. | |
| 295 | LEASEHOLD IMPROVEMENTS | 02/01/22 | SL | 15.00 | HY | 19E | 2,209. | | | 2,209. | | | | 2,209. | |
| | * OTHER TOTAL - | | | | | | 185,888. | | 15,320. | 170,568. | 0. | 0. | | 2,209. | 0. |
| 61 | FURNITURE SUITE 140 | 07/01/07 | 200DB | 7.00 | MQ | 17 | 73,150. | | 73,150. | | | | | 0. | |
| 62 | FURNITURE SUITE 140 | 10/25/07 | 200DB | 7.00 | MQ | 17 | 886. | | | | 886. | 886. | | 0. | 886. |
| 68 | FURNITURE SUITE 140 | 09/30/08 | 200DB | 7.00 | HY | 17 | 487. | | 487. | | | | | 0. | |
| 69 | FURNITURE SUITE 140 | 10/30/08 | 200DB | 5.00 | HY | 21 | 2,576. | | 2,576. | | | | | 0. | |
| 70 | FURNITURE SUITE 140 | 10/30/08 | 200DB | 7.00 | HY | 17 | 1,529. | | 1,529. | | | | | 0. | |
| 71 | FURNITURE SUITE 140 | 12/31/08 | 200DB | 7.00 | HY | 17 | 368. | | 368. | | | | | 0. | |
| 78 | FURNITURE SUITE 140 | 05/15/09 | 200DB | 7.00 | HY | 17 | 379. | | 379. | | | | | 0. | |
| 91 | FURNITURE SUITE 140 | 06/11/10 | 200DB | 7.00 | MQ | 17 | 435. | | 435. | | | | | 0. | |
| 115 | FURNITURE SUITE 140 | 01/22/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| 116 | FURNITURE SUITE 140 | 02/15/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2022 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | FURNITURE SUITE 140 | 03/15/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| 118 | FURNITURE SUITE 140 | 04/08/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| 119 | FURNITURE SUITE 140 | 05/03/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| 120 | FURNITURE SUITE 140 | 06/15/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| 121 | FURNITURE SUITE 140 | 06/30/11 | 200DB | 7.00 | HY | 17 | 576. | | 576. | | | | | 0. | |
| 122 | FURNITURE SUITE 140 | 07/06/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| 123 | FURNITURE SUITE 140 | 07/29/11 | 200DB | 7.00 | HY | 17 | 890. | | 890. | | | | | 0. | |
| 124 | FURNITURE SUITE 140 | 08/12/11 | 200DB | 7.00 | HY | 17 | 2,382. | | 2,382. | | | | | 0. | |
| 125 | FURNITURE SUITE 140 | 09/01/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| 126 | FURNITURE SUITE 140 | 10/12/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| 127 | FURNITURE SUITE 140 | 11/15/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| 128 | FURNITURE SUITE 140 | 12/01/11 | 200DB | 7.00 | HY | 17 | 1,626. | | 1,626. | | | | | 0. | |
| | * OTHER TOTAL - | | | | | | 101,544. | | 100,658. | | 886. | 886. | | 0. | 886. |
| 63 | FURNITURE SUITE 240 | 09/28/07 | 200DB | 7.00 | MQ | 17 | 1,659. | | | | 1,659. | 1,659. | | 0. | 1,659. |
| 64 | FURNITURE SUITE 240 | 10/25/07 | 200DB | 7.00 | MQ | 17 | 2,273. | | | | 2,273. | 2,273. | | 0. | 2,273. |
| 65 | FURNITURE SUITE 240 | 10/25/07 | 200DB | 7.00 | MQ | 17 | 223. | | | | 223. | 223. | | 0. | 223. |
| 66 | FURNITURE SUITE 240 | 10/31/07 | 200DB | 7.00 | MQ | 17 | 254. | | | | 254. | 254. | | 0. | 254. |
| 67 | FURNITURE SUITE 240 | 11/01/07 | 200DB | 7.00 | MQ | 17 | 72,358. | | 51,850. | | 20,508. | 20,508. | | 0. | 20,508. |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | FURNITURE SUITE 240 | 01/31/08 | 200DB | 7.00 | HY | 17 | 1,515. | | 1,515. | | | | | 0. | |
| 129 | FURNITURE SUITE 240 | 01/22/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 130 | FURNITURE SUITE 240 | 02/15/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 131 | FURNITURE SUITE 240 | 03/15/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 132 | FURNITURE SUITE 240 | 04/15/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 133 | FURNITURE SUITE 240 | 05/03/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 134 | FURNITURE SUITE 240 | 06/15/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 135 | FURNITURE SUITE 240 | 06/30/11 | 200DB | 7.00 | HY | 17 | 5,624. | | 5,624. | | | | | 0. | |
| 136 | FURNITURE SUITE 240 | 07/30/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 137 | FURNITURE SUITE 240 | 08/12/11 | 200DB | 7.00 | HY | 17 | 2,306. | | 2,306. | | | | | 0. | |
| 138 | FURNITURE SUITE 240 | 09/01/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 139 | FURNITURE SUITE 240 | 10/12/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 140 | FURNITURE SUITE 240 | 11/15/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| 141 | FURNITURE SUITE 240 | 12/01/11 | 200DB | 7.00 | HY | 17 | 1,611. | | 1,611. | | | | | 0. | |
| | * OTHER TOTAL - | | | | | | 103,933. | | 79,016. | | 24,917. | 24,917. | | 0. | 24,917. |
| 27 | ORGANIZATIONAL COSTS | 11/30/05 | 248 | 180M | | 43 | 2,750. | | | | 2,750. | 2,745. | | 0. | 2,745. |
| | * OTHER TOTAL - | | | | | | 2,750. | | | | 2,750. | 2,745. | | 0. | 2,745. |
| 28 | FRANCHISE FEE | 03/30/05 | 197 | 180M | | 43 | 25,000. | | | | 25,000. | 25,000. | | 0. | 25,000. |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## 2022 DEPRECIATION AND AMORTIZATION REPORT

OTHER DEPRECIATION OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 238 | FRANCHISE FEE - AGL | 01/01/21 | | 180M | | 43 | 25,000. | | | | 25,000. | 25,000. | | 0. | 25,000. |
| 267 | FRANCHISE FEE | 04/01/21 | | 180M | | 43 | 3,500. | | | | 3,500. | 175. | | 233. | 408. |
| | * OTHER TOTAL - | | | | | | 53,500. | | | | 53,500. | 50,175. | | 233. | 50,408. |
| 243 | PHONE SYSTEM - AGL | 01/01/21 | 200DB | 5.00 | HY | 17 | 23,032. | | | 461. | 22,571. | 22,571. | | 0. | 22,571. |
| | * OTHER TOTAL - | | | | | | 23,032. | | | 461. | 22,571. | 22,571. | | 0. | 22,571. |
| 244 | SIGNS - AGL | 01/01/21 | 200DB | 7.00 | HY | 17 | 11,052. | | | | 11,052. | 11,052. | | 0. | 11,052. |
| | * OTHER TOTAL - | | | | | | 11,052. | | | | 11,052. | 11,052. | | 0. | 11,052. |
| | * GRAND TOTAL OTHER DEPR & AMORT | | | | | | 1,182,817. | | 529,599. | 364,769. | 288,449. | 285,119. | | 56,301. | 285,352. |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 1,126,749. | | 529,599. | 308,701. | 288,449. | 285,119. | | | 285,352. |
| | ACQUISITIONS | | | | | | 56,068. | | 0. | 56,068. | 0. | 0. | | | 0. |
| | DISPOSITIONS/RETIRED | | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | ENDING BALANCE | | | | | | 1,182,817. | | 529,599. | 364,769. | 288,449. | 285,119. | | | 285,352. |

228111 04-01-22

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**Fill in this information to identify the case:**

Debtor name **R&LS Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:23-bk-14467-WB**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

- ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **R&LS Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:23-bk-14467-WB**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Attention: Bankruptcy**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**Notice Purposes Only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures Branch**<br>**300 North Los Angeles Street**<br>**Room 4062**<br>**Los Angeles, CA 90012-9903**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**Notice Purposes Only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **R&LS Investments, Inc.** Case number (if known) **2:23-bk-14467-WB**
Name

3.1 **Nonpriority creditor's name and mailing address**
**843 Via de la Paz, LLC**
**845 Via de la Paz, #1**
**Pacific Palisades, CA 90272**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**ABM Parking**
**1150 S. Olive St.**
**Suite 1900**
**Los Angeles, CA 90015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
**Adam Silver**
**12100 Wilshire Blvd.**
**Suite 800**
**Los Angeles, CA 90025**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**Blue Shield of California**
**PO Box 749415**
**Los Angeles, CA 90074**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,345.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**Brian Tanenbaum**
**20920 Warner Center Lane**
**Suite B**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Citi Credit Card**
**PO Box 9001037**
**Louisville, KY 40290**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**City National Bank**
**8641 Wilshire Blvd**
**Suite 101**
**Beverly Hills, CA 90211**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$144,833.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **R&LS Investments, Inc.** Case number (if known) **2:23-bk-14467-WB**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.8 | **Claire Campolo**<br>**12100 Wilshire Blvd.**<br>**Suite 800**<br>**Los Angeles, CA 90025**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.9 | **Co-Star Realty Information**<br>**PO Box 791123**<br>**Baltimore, MD 21279**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,200.00** |
| 3.10 | **Cogent**<br>**PO Box 791087**<br>**Baltimore, MD 21279**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$888.00** |
| 3.11 | **De Coral Plaza, LLC**<br>**11726 San Vicente Blvd**<br>**Suite 225**<br>**Los Angeles, CA 90049**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.12 | **De Lage Financial**<br>**PO Box 41602**<br>**Philadelphia, PA 19101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$348.70** |
| 3.13 | **Elizabeth Rosen**<br>**12100 Wilshire Blvd.**<br>**Suite 800**<br>**Los Angeles, CA 90025**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.14 | **EXL (Partner of USAA - Steven Comunale)**<br>**801 S. Figueroa St.**<br>**15th Floor**<br>**Los Angeles, CA 90017**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **R&LS Investments, Inc.** Case number (if known) **2:23-bk-14467-WB**

3.15 **Nonpriority creditor's name and mailing address**
**Frontier Communications**
**PO Box 740407**
**Cincinnati, OH 45274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$472.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Gaby Romo**
**801 S. Figueroa St.**
**15th Floor**
**Los Angeles, CA 90017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Gessica Smith**
**12100 Wilshire Blvd.**
**Suite 800**
**Los Angeles, CA 90025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**Gold Coast West, LLC**
**13737 Fiji Way**
**C-10**
**Marina Del Rey, CA 90292**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**Happy Cleaning Services**
**845 Via De La Paz**
**Suite 3**
**Pacific Palisades, CA 90272**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,145.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
**IPFS Financing**
**PO Box 100391**
**Pasadena, CA 91189**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,516.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**Julia Wolov**
**12100 Wilshire Blvd.**
**Suite 800**
**Los Angeles, CA 90025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **R&LS Investments, Inc.** Case number (if known) **2:23-bk-14467-WB**
Name

3.22 **Nonpriority creditor's name and mailing address**
**Keller Williams Realty, Inc.**
**1221 South Mopac Expressway**
**Suite 110**
**Austin, TX 78746**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**Kimberly Adams (K Hospitality, LLC)**
**455 N. Moss Street**
**Burbank, CA 91502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Kimberly Stephens**
**455 N. Moss Street**
**Burbank, CA 91502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**Konica Minolta**
**PO Box 31001-0271**
**Pasadena, CA 91110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,908.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
**Luca Plouvezi**
**12100 Wilshire Blvd.**
**Suite 800**
**Los Angeles, CA 90025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
**Mark Barron**
**1299 Ocean Ave.**
**Suite 450**
**Santa Monica, CA 90401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Ocean Park Two, LLC**
**660 S. Figueroa St.**
**7th Floor**
**Los Angeles, CA 90017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$430,850.96**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **R&LS Investments, Inc.** Case number (if known) **2:23-bk-14467-WB**

Name

3.29 **Nonpriority creditor's name and mailing address**

**Parking Network**
**1625 W. Olympic Blvd**
**Suite 1010**
**Los Angeles, CA 90015**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,075.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**

**Playground Management Group, LLC**
**845 Via De La Paz**
**Suite 1**
**Pacific Palisades, CA 90272**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**

**Reonomy**
**11 E. 32nd St.**
**New York, NY 10016**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,637.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**

**Reppert Factor**
**PO Box 1223**
**Bensalem, PA 19020**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,454.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**

**Sandra Rozenblum**
**20920 Warner Center Lane**
**Suite B**
**Woodland Hills, CA 91367**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**

**Scott Le Roy**
**2408 Illinois St.**
**Orlando, FL 32803**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$425.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**

**Shawn Choi**
**301 E. Ocean Blvd.**
**Suite 1700**
**Long Beach, CA 90802**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **R&LS Investments, Inc.** Case number (if known) **2:23-bk-14467-WB**
Name

3.36 **Nonpriority creditor's name and mailing address**
**Small Business Administration**
**Office of Disaster Assistance**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**
**Date(s) debt was incurred** 6/16/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Notice Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Travelers**
**PO Box 660317**
**Dallas, TX 75266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,327.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Wells Fargo Financing**
**PO Box 51043**
**Los Angeles, CA 90051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$948.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**West Guard Insurance**
**PO Box AH**
**Wilkes-Barre, PA 18703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,127.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**West Guard Insurance**
**PO Box AH**
**Wilkes-Barre, PA 18703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$125.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
**Yang**
**20920 Warner Center Lane**
**Suite B**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Yongtong Zhou**
**20920 Warner Center Lane**
**Suite B**
**Woodland Hills, CA 91367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

Debtor **R&LS Investments, Inc.** Case number (if known) **2:23-bk-14467-WB**
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hill, Farrer & Burrill, LLP**<br>**Attn: William W. Steckbauer, Esq.**<br>**300 S. Grand Ave., 37th Floor**<br>**Los Angeles, CA 90071** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Small Business Administration**<br>**10737 Gateway West #300**<br>**El Paso, TX 79935** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **682,378.08** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **682,378.08** |

**Fill in this information to identify the case:**

Debtor name **R&LS Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:23-bk-14467-WB**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office space lease at 845 Via De La Paz Pacific Palisades, CA 90272** | **843 Via de la Paz, LLC<br>845 Via de la Paz, #1<br>Pacific Palisades, CA 90272** |
| | State the term remaining | **9/30/2026** | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Office space lease at 11812 San Vicente Blvd Ste 100, Los Angeles, CA 90049** | **De Coral Plaza, LLC<br>11726 San Vicente Blvd<br>Suite 225<br>Los Angeles, CA 90049** |
| | State the term remaining | **9/30/2024** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Marina Del Rey Copier Machine Lease (1 copier) expires 4/2024** | **De Lage Landen Financial Service<br>PO Box 41602<br>Philadelphia, PA 19101** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Pacific Palisades Copier Machine Lease (1 copier) expires 3/2024** | **De Lage Landen Financial Service<br>PO Box 41602<br>Philadelphia, PA 19101** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 1 **R&LS Investments, Inc.** Case number (*if known*) **2:23-bk-14467-WB**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Office space lease at 444 Washington Blvd, Marina Del Rey, CA 90292**<br>**9/30/2024** | **Gold Coast West, LLC**<br>**13737 Fiji Way**<br>**C-10**<br>**Marina Del Rey, CA 90292** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Keller Williams Franchise License Agreement**<br>**4/26/2030** | **Keller Williams Realty, Inc.**<br>**1221 South Mopac Expressway**<br>**Suite 110**<br>**Austin, TX 78746** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Santa Monica Copier Machine Lease (2 copiers) expires 3/2025** | **Konica Minolta**<br>**PO Box 100706**<br>**Pasadena, CA 91189** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Office space lease at 2701 Ocean Park Blvd Ste 140 Santa Monica, CA 90405** | **Ocean Park Two, LLC**<br>**660 S. Figueroa St.**<br>**7th Floor**<br>**Los Angeles, CA 90017** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Brentwood Copier Machine Lease (2 copiers) expires 11/2023**<br>**11/2023** | **Wells Fargo Financial**<br>**PO Box 030310**<br>**Los Angeles, CA 90030** |

**Fill in this information to identify the case:**

Debtor name **R&LS Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:23-bk-14467-WB**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Richard Cunningham** | **11812 San Vicente Blvd #100<br>Los Angeles, CA 90049** | **Small Business Administration** | ☐ D<br>■ E/F **3.36**<br>☐ G |
| 2.2 | **Richard Cunningham** | **11812 San Vicente Blvd #100<br>Los Angeles, CA 90049** | **Gold Coast West, LLC** | ☐ D<br>☒ E/F 3.18<br>☐ G 2.5 |
| 2.3 | **Richard Cunningham / Martin Mead** | **11812 San Vicente Blvd #100<br>Los Angeles, CA 90049** | **De Coral Plaza, LLC** | ☐ D<br>☒ E/F 3.11<br>☐ G 2.2 |

**Fill in this information to identify the case:**

Debtor name **R&LS Investments, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:23-bk-14467-WB**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$13,643,058.15** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$46,187,707.94** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$43,199,408.49** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **R&LS Investments, Inc.** Case number *(if known)* **2:23-bk-14467-WB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Please see attachment 3.** | **Please see attachment 3.** | **$1,519,104.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Please see attachment 3.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **TCG Partners, Inc.**<br><br>**Affiliate** | **See attached** | **$187,214.22** | **See attached** 4 |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ocean Park Two, LLC<br>660 S. Figueroa St.<br>7th Floor<br>Los Angeles, CA 90017** | **Landlord engaged in self-help to change the locks and purported to retake possession of the leased premises at 2701 Ocean Park Blvd., Santa Monica, CA.** | **7/3/2023** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Please see attachment 7**<br>**Please see attachment 7** | **Please see attachment 7** | **Please see attachment 7** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene Neale Bender Yoo & Golubchik**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | **6/30/2023** | **$50,000.00** |

**Email or website address**
**LNBYG.COM**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

# SOFA - Form 207 Part 2

| Vendor Name | Amount | Date Closed | Notes |
|---|---|---|---|
| Manning & Kass, Elrod, Ramirez, Trester L | $9,750.35 | 3-Jan-23 | Legal Fee |
| Gold Coast West LLC | $11,730.00 | 3-Jan-23 | Lease Rent |
| Blue Shield of California | $7,618.92 | 3-Jan-23 | Health Insurance |
| De Coral Plaza | $31,206.23 | 4-Jan-23 | Lease Rent |
| IPFS CORPORATION | $12,516.98 | 11-Jan-23 | E&O Insurance |
| CitiBusiness Card | $23,209.53 | 1-Jan-23 | Company Credit Card Paymen |
| Gold Coast West LLC | $11,730.00 | 1-Feb-23 | Lease Rent |
| CoStar Realty Information, Inc | $30,200.00 | 30-Jan-23 | Commercial Software |
| Playground Management Group | $25,828.31 | 1-Jan-23 | Lease Rent |
| Keller Williams Realty International | $42,627.08 | 31-Jan-23 | Franchise Invoice |
| De Coral Plaza | $14,107.17 | 1-Feb-23 | Lease Rent |
| CitiBusiness Card | $27,757.51 | 1-Feb-23 | Company Credit Card Paymen |
| Blue Shield of California | $7,618.92 | 1-Feb-23 | Health Insurance |
| Playground Management Group | $25,828.31 | 7-Feb-23 | Lease Rent |
| IPFS CORPORATION | $12,516.98 | 13-Feb-23 | E&O Insurance |
| CitiBusiness Card | $30,949.78 | 1-Mar-23 | Company Credit Card Paymen |
| Keller Williams Realty International | $15,320.00 | 24-Feb-23 | Franchise Invoice |
| CoStar Realty Information, Inc | $30,200.00 | 28-Feb-23 | Commercial Software |
| Keller Williams Realty International | $32,653.59 | 28-Feb-23 | Franchise Invoice |
| Blue Shield of California | $8,048.64 | 28-Feb-23 | Health Insurance |
| Manning & Kass, Elrod, Ramirez, Trester L | $17,065.30 | 2-Mar-23 | Legal Fee |
| Manning & Kass, Elrod, Ramirez, Trester L | $10,607.60 | 7-Mar-23 | Legal Fee |
| Gold Coast West LLC | $11,730.00 | 7-Mar-23 | Lease Rent |
| IPFS CORPORATION | $12,516.98 | 13-Mar-23 | E&O Insurance |
| De Coral Plaza | $27,505.51 | 1-Mar-23 | Lease Rent |
| Playground Management Group | $26,472.18 | 1-Mar-23 | Lease Rent |
| Zelms Erlich, LLP | $7,519.00 | 13-Mar-23 | Legal Fee |
| CoStar Realty Information, Inc | $30,200.00 | 21-Mar-23 | Commercial Software |
| Manning & Kass, Elrod, Ramirez, Trester L | $13,635.10 | 23-Mar-23 | Legal Fee |
| CitiBusiness Card | $29,841.65 | 1-Apr-23 | Company Credit Card Paymen |
| Manning & Kass, Elrod, Ramirez, Trester L | $10,450.75 | 30-Mar-23 | Legal Fee |
| Gold Coast West LLC | $11,730.00 | 31-Mar-23 | Lease Rent |
| De Coral Plaza | $28,630.79 | 31-Mar-23 | Lease Rent |
| De Coral Plaza | $27,505.51 | 1-Apr-23 | Lease Rent |
| Playground Management Group | $26,472.18 | 31-Mar-23 | Lease Rent |
| Blue Shield of California | $7,304.79 | 31-Mar-23 | Health Insurance |
| Keller Williams Realty International | $101,354.67 | 31-Mar-23 | Franchise Invoice |
| Travelers | $13,358.42 | 4-Apr-23 | Workers Comp Insurance |
| IPFS CORPORATION | $12,516.98 | 11-Apr-23 | E&O Insurance |
| CoStar Realty Information, Inc | $30,200.00 | 30-Apr-23 | Commercial Software |
| Gold Coast West LLC | $11,730.00 | 30-Apr-23 | Lease Rent |
| CitiBusiness Card | $20,055.18 | 1-May-23 | Company Credit Card Paymen |
| Blue Shield of California | $7,345.39 | 30-Apr-23 | Health Insurance |

| | | | |
|---|---|---|---|
| Keller Williams Realty International | $48,842.76 | 30-Apr-23 | Franchise Invoice |
| Playground Management Group | $26,472.18 | 30-Apr-23 | Lease Rent |
| IPFS CORPORATION | $12,516.98 | 11-May-23 | E&O Insurance |
| CitiBusiness Card | $27,962.74 | 1-Jun-23 | Company Credit Card Paymer |
| CoStar Realty Information, Inc | $32,160.51 | 31-May-23 | Commercial Software |
| Playground Management Group | $26,472.18 | 31-May-23 | Lease Rent |
| De Coral Plaza | $27,505.51 | 31-May-23 | Lease Rent |
| Gold Coast West LLC | $11,730.00 | 31-May-23 | Lease Rent |
| Keller Williams Realty International | $51,947.21 | 31-May-23 | Franchise Invoice |
| Blue Shield of California | $7,325.09 | 1-Jun-23 | Health Insurance |
| IPFS CORPORATION | $12,516.98 | 13-Jun-23 | E&O Insurance |
| Gold Coast West LLC | $11,730.00 | 1-Jul-23 | Lease Rent |
| De Coral Plaza | $37,811.76 | 30-Jun-23 | Lease Rent |
| Playground Management Group | $26,472.18 | 1-Jul-23 | Lease Rent |
| Keller Williams Realty International | $60,830.96 | 30-Jun-23 | Franchise Invoice |
| CoStar Realty Information, Inc | $32,200.00 | 30-Jun-23 | Commercial Software |
| Sergio's Construction | $9,832.00 | 6-Jul-23 | Vendor |
| Blue Shield of California | $7,325.09 | 3-Jul-23 | Health Insurance |
| Manning & Kass, Elrod, Ramirez, Trester L | $20,000.00 | 5-Jul-23 | Legal Fee |
| IPFS CORPORATION | $12,516.98 | 11-Jul-23 | E&O Insurance |
| City of Los Angeles | $41,812.68 | 17-Jul-23 | City Tax |
| City of Santa Monica | $33,754.00 | 17-Jul-23 | City Tax |
| CoStar Realty Information, Inc | $32,200.00 | 17-Jul-23 | Commercial Software |

| Income - TCG Partners, Inc6/1/2022 to 7/18/2023 | | | |
|---|---|---|---|
| **Payable to:** | **Amount:** | **Date:** | **Notes:** |
| TCG Partners, Inc | $2,000.00 | 6/1/2022 | Operating Principal Salary |
| TCG Partners, Inc | $674.92 | 6/3/2022 | Commission |
| TCG Partners, Inc | $5,063.25 | 6/8/2022 | Commission |
| TCG Partners, Inc | $7,040.00 | 6/22/2022 | Commission |
| TCG Partners, Inc | $3,000.00 | 7/1/2022 | Operating Principal Salary |
| TCG Partners, Inc | $2,463.99 | 8/1/2022 | Reimbursement for KW Events |
| TCG Partners, Inc | $3,000.00 | 8/1/2022 | Operating Principal Salary |
| TCG Partners, Inc | $5,301.50 | 8/31/2022 | Commission |
| TCG Partners, Inc | $3,000.00 | 9/1/2022 | Operating Principal Salary |
| TCG Partners, Inc | $20,490.50 | 9/27/2022 | Commission |
| TCG Partners, Inc | $556.48 | 9/30/2022 | Commission |
| TCG Partners, Inc | $3,000.00 | 10/1/2022 | Operating Principal Salary |
| TCG Partners, Inc | $1,612.20 | 10/13/2022 | Commission |
| TCG Partners, Inc | $3,000.00 | 11/1/2022 | Operating Principal Salary |
| TCG Partners, Inc | $6,089.75 | 11/28/2022 | Commission |
| TCG Partners, Inc | $1,024.36 | 11/30/2022 | Commission |
| TCG Partners, Inc | $103.68 | 11/30/2022 | Franchise Royalty Reimbursement |
| TCG Partners, Inc | $3,000.00 | 12/1/2022 | Operating Principal Salary |
| TCG Partners, Inc | $19,175.70 | 12/8/2022 | Commission |
| TCG Partners, Inc | $2,446.00 | 12/12/2022 | Commission |
| TCG Partners, Inc | $8,712.47 | 12/22/22 | Commission |
| TCG Partners, Inc | $3,000.00 | 1/3/2023 | Operating Principal Salary |
| TCG Partners, Inc | $26,237.14 | 1/5/2023 | Commission |
| TCG Partners, Inc | $6,983.91 | 1/12/2023 | Commission |
| TCG Partners, Inc | $3,000.00 | 2/1/2023 | Operating Principal Salary |
| TCG Partners, Inc | $2,696.90 | 2/6/2023 | Commission |
| TCG Partners, Inc | $418.64 | 2/9/2023 | Commission |
| TCG Partners, Inc | $4,087.74 | 2/16/2023 | Commission |
| TCG Partners, Inc | $799.00 | 2/16/2023 | Reimbursement for Training |
| TCG Partners, Inc | $3,000.00 | 3/1/2023 | Operating Principal Salary |
| TCG Partners, Inc | $8,859.85 | 3/6/2023 | Commission |
| TCG Partners, Inc | $422.78 | 3/8/2023 | Reimbursement for Keller Williams Event |
| TCG Partners, Inc | $10,352.14 | 3/19/2023 | Commission |
| TCG Partners, Inc | $324.32 | 3/22/2023 | Commission |
| TCG Partners, Inc | $21.89 | 3/31/2023 | Reimbursement for Paper Supplies |
| TCG Partners, Inc | $4,000.00 | 3/31/2023 | Salary Reimbursement for Assistant |
| TCG Partners, Inc | $3,000.00 | 4/1/2023 | Operating Principal Salary |
| TCG Partners, Inc | $54.42 | 4/19/2023 | Commission |
| TCG Partners, Inc | $3,000.00 | 5/4/2023 | Operating Principal Salary |
| TCG Partners, Inc | $3,000.00 | 6/1/2023 | Operating Principal Salary |
| TCG Partners, Inc | $133.09 | 6/2/2023 | Commission |
| TCG Partners, Inc | $67.60 | 6/21/2023 | Commission |
| TCG Partners, Inc | $3,000.00 | 7/3/2023 | Operating Principal Salary |

$187,214.22

| | Case Name | Case # | Court Location | Attorney | Nature of Case |
|---|---|---|---|---|---|
| 1 | Campolo v. Duel | 23SMCV01466 | 350 West 1st St.Los Angeles, CA 90012 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Housing Rights Dispute |
| 2 | Wolov v. Duel | 22STCV23757 | 350 West 1st St.Los Angeles, CA 90012 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Housing Rights Dispute |
| 3 | Rosen v. Duel | 22STCV40410 | 350 West 1st St.Los Angeles, CA 90012 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Housing Rights Dispute |
| 4 | Plouveiz v. Duel | 22STCV40423 | 350 West 1st St.Los Angeles, CA 90012 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Housing Rights Dispute |
| 5 | Smith v. Duel | 23SMCV01426 | 350 West 1st St.Los Angeles, CA 90012 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Housing Rights Dispute |
| 6 | Silver v. Duel | 22STCV04174 | 350 West 1st St.Los Angeles, CA 90012 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Housing Rights Dispute |
| 7 | Choi v. R&LS Investments | 23TRCV00971 | 825 Maple AveTorrance, CA 90503 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Failure to Disclose |
| 8 | Romo v. Hard, Brito | 22CVP0006 | 901 Park St. Paso Robles, CA 93446 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Professional Negligence and Breach of Fiduciary Duty |
| 9 | Noonan v. Ferrari | 22SMCV02354 | 600 S. Commonwealth AveLos Angeles, CA 90005 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Professional Negligence |
| 10 | Barron v. Heritage | 22SMCV01032 | 1633 Purdue AveWest Los Angeles, CA 90025 | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Breach of Contract |
| 11 | EXL v. Miller | Unknown | NA | Ari Markow801 S. Figueroa St. Los Angeles, CA 90017 | Subrogation Claim |
| 12 | Tanenbaum v. Rashti | 23STLC0510 | 600 S. Commonwealth AveLos Angeles, CA 90005 | Rinat Erlich20920 Warner Center LaneWoodland Hills, CA 91369 | Breach of Contract |
| 13 | Rozenblum v. Shahoda & Kufrin | Unknown | NA | Rinat Erlich20920 Warner Center LaneWoodland Hills, CA 91369 | Failure to Disclose |
| 14 | Yang v. Toomer | Unknown | NA | Rinat Erlich20920 Warner Center LaneWoodland Hills, CA 91369 | General Complaint |
| 15 | Zhou | Unknown | NA | Rinat Erlich20920 Warner Center LaneWoodland Hills, CA 91369 | Deposit Claim by Buyer |
| 16 | K Hospitality, LLC | Unknown | NA | Rinat Erlich20920 Warner Center LaneWoodland Hills, CA 91369 | DRE Investigation |
| 17 | Kimberly Stephens v. Assaad Trust, May, Keller \ | 23STCV11404 | 600 S. Commonwealth AveLos Angeles, CA 90005 | Rinat Erlich20920 Warner Center LaneWoodland Hills, CA 91369 | Fair Employment and House Act claim |

SOFA Attachment 7

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Simple IRA (Fidelity Investments, Inc.)** | EIN: **52-2454923** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor **R&LS Investments, Inc.** Case number *(if known)* **2:23-bk-14467-WB**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage<br>1707 Cloverfield Blvd.<br>Santa Monica, CA 90404** | **Richard Cunningham<br>11812 San Vicente Blvd #100<br>Los Angeles, CA 90049<br><br>Lynne Malone** | **Furniture and old accounting files** | ☐ No<br>■ Yes |

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See attached** | | **See attached. Deposits from subtenants** | **$66,789.22** |

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

## Deposits Made From Subtenants

| Tenant | Amount | Date | Notes |
|---|---|---|---|
| Resolution Escrow | $1,625.00 | 11/17/2017 | Deposit for old Palisades office, due to an audit, we were instructed to give back the deposit to remain compliant. |
| Estate Coffee - Palisades Location | $9,000.00 | 11/17/2017 | Assumption that this is for Pacific Palisades Subtenant Security Deposit, previous accountant did not provide enough detail. |
| Estate Coffee - Santa Monica Location | $37,875.00 | 5/29/2019 | Deposit was absorbed into R&LS Investments for non payment in 2021. |
| Abundant Success, LLC | $18,289.92 | 3/1/2023 | |
| Gibbons, John | $0.00 | | |
| Castles, Patrick | $0.00 | | |
| Silver-Baker, Starr | $0.00 | | |
| Greystone Insurance | $0.00 | | |
| | | | |
| | $66,789.92 | | |

SOFA Attachment 21

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | **See attachment 25.** | **See attachment 25.** | EIN: **See attachment 25.**<br>From-To **See attachment 25.** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Leah Wright**<br>**11812 San Vicente Blvd #100**<br>**Los Angeles, CA 90049** | **4/26/2021 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Leah Wright**<br>**11812 San Vicente Blvd #100**<br>**Los Angeles, CA 90049** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Cunningham** | **11812 San Vicente Blvd #100**<br>**Los Angeles, CA 90049** | **Operaring Principal and sole shareholder** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **R&LS Investments, Inc.** Case number *(if known)* **2:23-bk-14467-WB**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 1, 2023**

Richard Cunningham
Signature of individual signing on behalf of the debtor

**Richard Cunningham**
Printed name

Position or relationship to debtor **Operating Principal**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- No
- ■ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **R&LS Investments, Inc.** Debtor(s)

Case No. **2:23-bk-14467-WB**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **50,000.00** |
| Balance Due | $ | **0.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

**Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**Matters which are outside of LNBYB's specialization**

In re **R&LS Investments, Inc.** Case No. **2:23-bk-14467-WB**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 1, 2023**
*Date*

**/s/ John-Patrick M. Fritz**
**John-Patrick M. Fritz**
*Signature of Attorney*
**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234 Fax: (310) 229-1244**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **John-Patrick M. Fritz**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **245240 CA**<br><br>■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| **R&LS Investments, Inc.**<br>Debtor(s), | CASE NO.: **2:23-bk-14467-WB**<br>ADVERSARY NO.:<br>CHAPTER: **11** |
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **John-Patrick M. Fritz**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
See Addendum

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**August 1, 2023**
Date

By: **/s/ John-Patrick M. Fritz**
Signature of Debtor, or attorney for Debtor

Name: **John-Patrick M. Fritz**
Printed name of Debtor, or attorney for Debtor

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Richard Cunningham**
**11812 San Vicente Blvd #100**
**Los Angeles, CA 90049**