TIMOTHY J. YOO (SBN 155531)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: TJY@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>R&LS INVESTMENTS, INC.,<br><br>Debtor and Debtor in Possession. | Case No.: 2:23-bk-14467-WB<br><br>Chapter 11 Case<br>Subchapter V<br><br>**DEBTOR'S CHAPTER 11, SUBCHAPTER V, PLAN OF REORGANIZATION, DATED OCTOBER 16,2023**<br><br><u>Hearing on Plan Confirmation</u>:<br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1375<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**Table of Contents**


**I. INTRODUCTION** .......... 4

**II. STATUTORY PLAN DISCLOSURES** .......... 5

**A. Brief History of the Business Operations of the Debtor** .......... 5

**B. Liquidation Analysis** .......... 6

**C. Plan Payment Projections** .......... 7

**III. TREATMENT OF CREDITORS' CLAIMS UNDER THE PLAN** .......... 7

**A. What Creditors Will Receive Under the Plan** .......... 7

**B. Means of Effectuating and Implementing the Plan** .......... 13

**IV. EFFECT OF CONFIRMATION OF THE PLAN** .......... 20

**A. Discharge.** .......... 20

**B. Modification of the Plan.** .......... 20

**C. Post-Confirmation Status Reports.** .......... 21

**D. Post-Confirmation Conversion/Dismissal.** .......... 21

**E. Final Decree.** .......... 22

## I. INTRODUCTION

R&LS Investments, Inc., a Delaware corporation (the "Debtor"), is the debtor and debtor in possession in the above-captioned chapter 11, subchapter V, bankruptcy case (the "Bankruptcy Case") bearing case number 2:23-bk-14667-WB. The Debtor filed a voluntary petition under chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and elected subchapter V on July 18, 2023 (the "Petition Date"). The Debtor is operating its business, managing its affairs, and administering its estate as a debtor in possession pursuant to sections 1182(2) and 1184 of the Bankruptcy Code. The United States Trustee (the "UST") appointed M. Douglas Flahaut as the subchapter V trustee (the "Trustee") pursuant to 11 U.S.C. § 1183(a).

Chapter 11 subchapter V allows the Debtor (and only the Debtor) to propose a plan. This Plan is a reorganization plan proposed by the Debtor. **This document is the Plan**. It includes (i) a brief history of the business operations of the Debtor; (ii) a liquidation analysis; and (iii) projections with respect to the ability of the Debtor to make payments under the Plan. This information is provided to help you understand the Plan and to decide whether to vote to accept or reject the Plan or otherwise file objections.

The effective date (the "Effective Date") of the Plan shall be the first day after the Court enters an order (the "Confirmation Order") confirming the Plan and all of the following conditions have been satisfied or waived as specified below: (1) all documents, instruments, and agreements to be executed in connection with the Plan shall have been executed and delivered by all parties to such documents, instructions, and agreements; (2) 14 days following the entry of the plan confirmation order shall have passed without an appeal of said order having been filed; (3) the Plan is not subject to an appeal or rehearing; and (4) there is no stay in effect with respect to the plan confirmation order.

Conditions numbered (1) and (3) above can be waived by the Debtor in its sole discretion.

Condition number (2) above can be waived by request of the Debtor with an order by the Bankruptcy Court pursuant to Rule 3020(e) of the Federal Rules of Bankruptcy Procedure. Condition number (4) cannot be waived. The Debtor, following the Effective Date, shall be referred to as the "Reorganized Debtor."

## II. STATUTORY PLAN DISCLOSURES

Bankruptcy Code Section 1190(1) requires that a subchapter (V) plan include: (i) a brief history of the business operations of the Debtor; (ii) a liquidation analysis; and (iii) projections with respect to the ability of the Debtor to make payments under the Plan. 11 U.S.C. § 1190(1).

### A. Brief History of the Business Operations of the Debtor

#### a. The Debtor's Business Prepetition

1. The Debtor was formed as a California corporation in 2005.

2. The Debtor is a real estate brokerage business, wholly owned by its sole shareholder, Richard Cunningham.

3. Mr. Cunningham is the Debtor's principal operator.

4. The Debtor has several doing-business-as names ("dba's"), including, Keller Williams Realty Santa Monica.

5. The Debtor does not have any secured debt.

6. As of the Petition Date, the Debtor had four leased office locations and 432 commercial and/or residential real estate agents.

7. On August 14, 2023, the Court entered an order authorizing the Debtor to reject one of its four non-residential real property leases.

8. Since March 2020, the Debtor has faced economic and financial challenges on account of the COVID-19 pandemic. Against this backdrop, the Debtor has become increasingly aware since emerging from the pandemic that excess office space is the single biggest threat to its overall viability. Agent demand for office space at all four locations has plummeted, resulting in massive vacancies in all four offices. It has been apparent for some time that if one of the larger offices were to close, the remaining offices could meet the Company's needs for administrative

offices, training space, conference rooms, and agent offices. The turbulent economics of the last ten months—driven not only by the nationwide surge in interest rates, but also by Los Angeles-specific conditions such as the Los Angeles and Santa Monica mansion taxes and the uncertainty created by new (non-pandemic-related) citywide residential tenant eviction restrictions—have only amplified the urgency of dropping square footage.

9. In an exercise of reasonable business judgment, and in the best interest of all stakeholders in the estate, the Debtor filed this chapter 11 bankruptcy case to restructure its debts and reorganize its business affairs, save the jobs of its employees and real estate agents, and reduce its expenses and footprint to a profitable cash-flow-positive business model through a chapter 11 plan or sale or combination of the two.

**B. <u>Liquidation Analysis</u>**

One confirmation requirement is the "Best Interest Test," which requires a liquidation analysis. Under the Best Interest Test, if a claimant or interest holder is in an impaired class and that claimant or interest holder does not vote to accept the Plan, then that claimant or interest holder must receive or retain under the Plan property of a value not less than the amount that such holder would receive or retain if the Debtor were liquidated under chapter 7 of the Bankruptcy Code.

In a chapter 7 case, the debtor's assets are usually sold by a chapter 7 trustee. Secured creditors are paid first from the sales proceeds of properties on which the secured creditor has a lien. Administrative claims are paid next. Next, unsecured creditors are paid from any remaining sales proceeds, according to their rights to priority. Unsecured creditors with the same priority share in proportion to the amount of their allowed claim in relationship to the amount of total allowed unsecured claims. Finally, interest holders receive the balance that remains after all creditors are paid, if any.

For the Court to be able to confirm the Plan, the Court must find that all creditors and interest holders who do not accept the Plan will receive at least as much under the Plan as such

holders would receive under a chapter 7 liquidation of the Debtor. The Debtor maintains that this requirement is clearly met.

The impaired classes under the Plan consist of one class of creditors (Class 1). The Debtor must therefore satisfy the "best interest of creditors test" with respect to members of class 1 that do not vote to accept the Plan.

Attached as **Exhibit 1** hereto, in balance sheet format, is a demonstration of the liquidation analysis in a hypothetical chapter 7 case as of January 1, 2024, which is the projected Plan Effective Date, but if the case were to be converted to chapter 7 instead of the chapter 11 plan being confirmed. As shown in **Exhibit 1**, all creditors and interest holders will receive as much or more under the Plan as they would receive under a Chapter 7 liquidation of the Debtor. *See*, **Exhibit 1**. The hypothetical liquidation value of the Debtor is $99,244.26, which is less than the projected administrative expenses of the bankruptcy case, and, therefore neither priority unsecured creditors nor general unsecured creditors would realize any dividend in a hypothetical chapter 7 liquidation. The Debtor has analyzed potential avoidable preferential transfers, and there are no material recoveries for a hypothetical chapter 7 trustee, taking into account ordinary course and new value defenses. The Debtor has listed potential preferential transfers in its Statement of Financial Affairs filed with the Court. Accordingly, it is projected that creditors would not receive more in a hypothetical chapter 7 liquidation compared to the Plan. Therefore, the Plan meets the requirements of the Best Interest Test.

### C. Plan Payment Projections

The Debtor's three-year future plan projections are attached as **Exhibit 2** hereto.

## III. TREATMENT OF CREDITORS' CLAIMS UNDER THE PLAN

### A. What Creditors Will Receive Under the Plan

As required by the Bankruptcy Code, the Plan classifies certain claims and interests in various "classes" according to their right to priority and leaves other types of claims unclassified.

Also, as required by the Bankruptcy Code, the Plan states whether each class of claims or interests is impaired or unimpaired and describes the treatment each class will receive.

**1. Unclassified Claims**

Certain types of claims are not placed into voting classes; instead they are unclassified. The Bankruptcy Code predetermines what type of treatment these claims will receive. They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code. As such, the Debtor has not placed the following claims in a class.

**a. Administrative Expenses**

Administrative expenses are claims for costs or expenses of administering the Debtor's Bankruptcy Case that are allowed under Bankruptcy Code Section 507(a)(2). The Bankruptcy Code requires that all administrative claims be paid on the Plan Effective Date unless a particular claimant agrees to a different treatment.

The following chart lists all of the Debtor's § 507(a)(2) administrative estate professional claims and their treatment under the Plan.

| Name | Amount Owed | Treatment |
|---|---|---|
| Clerk's Office Fees | $0 | Paid in full on the Effective Date |
| Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to the Debtor | $100,000 (est.) | Paid in full on the earlier of the Effective Date or entry of a court order approving fees and costs |
| M. Douglas Flahau Subchapter V Trustee | $2,000 (est.) | Paid in full on the earlier of the Effective Date or entry of a court order approving fees and costs |
| **TOTAL** | **$120,000 (est.)** | **Paid in the manner described above** |

The Court must approve all professional fees and expenses listed in this chart before they may be paid. For all professional fees and expenses (except fees owing to the Clerk of the Bankruptcy Court), the professional in question must file and serve a properly noticed fee application and the Court must rule on the application. Only the amount of fees and expenses allowed by the Bankruptcy Court will be required to be paid under the Plan. The administrative claim amounts set forth above simply represent the Debtor's best estimates as to the amount of allowed administrative claims in the Bankruptcy Case. The actual administrative claims may be higher or lower. Much of whether the actual administrative claims described above for professionals will be dependent upon whether the Debtor is required to engage in any substantial litigation regarding the confirmation of the Plan and/or objecting to claims. To the extent the Debtor is required to engage in any such substantial litigation, the Debtor is likely to incur professional fees and expenses in excess (and possibly substantially in excess) of the figures set forth above. By voting to accept the Plan, creditors are not acknowledging the validity of, or consenting to the amount of, any of these administrative claims, and creditors are not waiving any of their rights to object to the allowance of any of these administrative claims. By including the figures described above, the Debtor is not acknowledging the validity of, or consenting to the amount of, any of these administrative claims, and the Debtor is not waiving any of its rights to object to the allowance of any of these administrative claims. Similarly, professionals who have been employed in the Bankruptcy Case are not being deemed to have agreed that the figures contained herein represent any ceiling on the amount of fees and expenses that they have incurred or are entitled to seek to be paid pursuant to Bankruptcy Court order as such fees and expenses are just estimates provided at the time of the preparation of the Disclosure Statement.

To the extent administrative claims are allowed prior to the Effective Date, such allowed administrative claims may be paid by the Debtor out of the Debtor's funds provided the Debtor has sufficient funds to pay them. To the extent administrative claims are allowed after the Effective Date, such allowed administrative claims will be paid by the Reorganized Debtor.

**b. Other Administrative Expenses**

In addition to estate professional administrative expense claims, the Debtor incurred other administrative expenses, which are paid in the ordinary course of business and will continue to be paid in the ordinary course of business.

**c. Priority Tax Claims**

Prepetition priority tax claims include certain unsecured income, employment and other taxes described by Section 507(a)(8) of the Bankruptcy Code. Section 1129(a)(9)(C) of the Bankruptcy Code requires that each holder of such a Section 507(a)(8) priority tax claim receive regular installment payments of a total value, as of the Plan Effective Date, equal to the allowed amount of such allowed tax claims, over a period ending not later than five years after the Petition Date, and not less favorable than other creditors paid under the Plan. Interest rates on these claims are conclusively determined by applicable non-bankruptcy law as of the month that the Plan is confirmed. 11 U.S.C. § 511.

Under the Plan, all allowed Section 507(a)(8) priority tax claims will be paid in full on the Effective Date or as soon thereafter as is practicable.

A failure by the Debtor to make a payment on the priority tax claims pursuant to the terms of the Plan will be an event of default. If the event of default is not cured within thirty (30) days after service of written notice of default from the taxing authority, then the taxing authority may enforce its applicable remedies exclusively by application to the Bankruptcy Court and with jurisdiction maintained exclusively by the Bankruptcy Court. The chart below indicates all priority tax claims which were either scheduled by the Debtor or asserted by the taxing agencies in timely filed proofs of claim. The inclusion of the claims in the chart below is intended simply to reflect the claims that have been scheduled and/or asserted in timely filed proofs of claim as priority tax claims, and is not intended to be a concession by the Debtor regarding the validity of the amount of any such claims or the classification of such claims as priority tax claims under Section 507(a)(8) of the Bankruptcy Code.

| Claimant | Proof of Claim No. | Claim Amount |
|---|---|---|
| IRS* | 3* | $23,567.91* |
| Employment Dev. Dept. | 2 | $83.03 |
| **Total** | | **$83.03*** |

* The Debtor anticipates that the IRS priority tax claim will be amended to $0 because the Debtor is current on its tax payments, and the IRS may be in a position to amend its proof of claim on account of the Debtor's recent 2022 tax return filing,

Priority unsecured tax claims will be paid within 15 days after the Effective Date and with applicable interest as allowed pursuant to 11 U.S.C. § 511.

**2. Classified Claims and Interests**

**a. Non-Tax Pre-Petition Priority Claims**

Certain prepetition priority claims that are referred to in Bankruptcy Code Sections 507(a)(4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment under the Bankruptcy Code as each holder of such an allowed claim must receive cash on the Effective Date equal to the allowed amount of such claim. However, the holder of such an unsecured priority claim may agree to accept deferred cash payments of a value, as of the Effective Date, equal to the allowed amount of such claim. The Debtor's schedules reflect no creditors as holding priority unsecured claims. No creditors filed proofs of claim asserting non-tax priority unsecured claims. The below chart summarizes the priority non-tax claims and whether the Debtor is considering an objection at this time:

| Name | Claim No. | Objection | Claim Amount |
|---|---|---|---|
| None | N/A | N/A | $0.00 |

**b. Class 1 – Allowed General Unsecured Claims**

General unsecured claims are unsecured claims not entitled to priority under Bankruptcy Code Section 507(a). The following chart identifies the Plan's treatment of the class containing all of the Debtor's non-priority general unsecured claims (see the Claims Chart for detailed information about each general unsecured claim):

[remainder of page intentionally left blank]

| CLASS # | DESCRIPTION | INSIDER IMPAIRED VOTING | TREATMENT |
|---|---|---|---|
| 1 | All general unsecured claims of the Debtor not included in any other class.<br><br>Total amount of class 1 claims is $1,987,308.64.<br><br>(estimated and subject to claim objections)<br><br>The Claims Chart attached as **Exhibit 3** to the Plan shows all claims which were scheduled by the Debtor and all proofs of claim which have been filed against the Debtor that are in Class 1. | Non-insiders<br><br>Impaired.<br><br>Entitled to vote. | In full and final satisfaction of each, any, and all of their claims against the Debtor, each holder of a class 1 allowed claim will receive a cash payment equal to its prorated share of the Debtor's net projected disposable income over the life of the three-year Plan commencing as of the Effective Date (the "Net Projected Disposable Income"), and upon confirmation of the Plan, the amount of $57,198 as set forth on **Exhibit 2** to the Plan, shall be and is conclusively determined to be the net projected disposable income pursuant to 11 U.S.C. § 1191.<br><br>See immediately below for additional details. |

**Additional Details Re Class 1 Treatment:**

Class 1 shall receive the Net Projected Disposable Income in the total amount of $57,198.00.

Payment to Class 1 shall be made by the Debtor in lump sum in December 2026 by no later than December 31, 2026, as set forth on **Exhibit 2** to the Plan.

Class 1 will not receive interest on their claims.

The Debtor may prepay the Net Projected Disposable Income to Class 1 at any time without prepayment penalty.

If checks are in amounts of less than $50, such checks may be deferred until the next payment until the aggregate due to such creditor is in an amount of at least $50.

In the event of a default in payment, holders of Class 1 allowed claims may seek enforcement of Plan treatment in the Bankruptcy Court as their exclusive remedy with the Bankruptcy Court holding exclusive jurisdiction.

Attached as **Exhibit 3** to the Plan is a listing of the name and dollar amount of the class 1 allowed claims expected to be paid by the Debtor pursuant to the terms of the Plan, and the estimated prorated recovery for Class 1.

**c. Class of Interest Holders**

Interest holders are the parties who hold an ownership interest (i.e., equity interest) in the Debtor. In compliance with 11 U.S.C. § 1123(a)(6), the Debtor's charter, bylaws, and/or operating agreement will be amended to provide for the inclusion of a provision prohibiting the issuance of nonvoting equity securities, and providing, as to the several classes of securities possessing voting power, an appropriate distribution of such power among classes.

The following chart identifies the Plan's treatment of the class of interest holders:

| **CLASS #** | **DESCRIPTION** | **INSIDER IMPAIRED VOTING** | **TREATMENT** |
|---|---|---|---|
| 2 | Equity Interest Holders:<br><br>Richard Cunningham (100%) | Insider<br><br>Not Impaired.<br><br>Deemed to have accepted the plan by operation of law without voting. | The Class 2 Equity Interest Holder will retain equity interests without impairment. |

**B. Means of Effectuating and Implementing the Plan**

**1. Funding for the Plan**

The Plan will be funded with the Debtor's cash on hand on the Plan Effective Date, a new money capital infusion (in the form of an interest-free post-confirmation loan from Richard Cunningham), and continued business operations, and future projected income as shown on the attached **Exhibit 2** to the Plan.

**2. Composition of the Debtor After the Effective Date**

After the Effective Date, the Debtor shall be known as the "Reorganized Debtor."

**3. Post-Confirmation Management and Compensation**

The Reorganized Debtor will be managed by Richard Cunningham, the Debtor's principal operator. The compensation received by Mr. Cunningham will be $3,000 per month for services as the principal operator, paid to his corporation TCG Partners, Inc. Mr Cunningham will also receive commissions for sales and leases on which he acts as an agent on a case-by-case basis.

**4. Disbursing Agent**

If the Plan is confirmed pursuant to 11 U.S.C. § 1191(a), the Reorganized Debtor will act as the disbursing agent under the Plan. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), notwithstanding Local Bankruptcy Rule 3020-2(c)(1), the Reorganized Debtor (and not the Trustee) will act as the disbursing agent under the Plan and submit a quarterly report to the Trustee, within 45 days after the end of each quarter, detailing the payees and amounts of payment to creditors under the Plan with bank statements as proof of payment. The Reorganized Debtor will not charge any disbursing agent fee for making the Plan distributions.

**5. Objections to Claims**

The Debtor or the Reorganized Debtor, as the case may be, will file objections to all claims that are inconsistent with the Debtor's books and records or are otherwise objectionable to the

Debtor unless the Debtor deems the inconsistency to be insignificant. With respect to disputed claims that are not resolved prior to the Plan Effective Date, the Reorganized Debtor will have the authority, in its sole discretion, and in the reasonable exercise of its business judgment, to settle or compromise any disputed claim without further notice or Court approval. As provided by Section 502(c) of the Bankruptcy Code, the Bankruptcy Court may estimate any contingent or unliquidated disputed claim for purposes of confirmation of the Plan. As of the Effective Date, the Reorganized Debtor shall have the sole authority and standing to file any objections to claims following the confirmation of the Plan, and the Court shall retain jurisdiction over the Debtor, the Reorganized Debtor, and the Bankruptcy Case to resolve such objections to claims following the confirmation of the Plan. Nothing contained in the Plan shall constitute a waiver or release by the Debtor or the Reorganized Debtor of any rights of setoff or recoupment, or of any defense, the Debtor or the Reorganized Debtor may have with respect to any claim. The deadline for filing claims objections shall be 180 days after the Plan Effective Date.

**6. Avoidance Actions, Strong Arm Powers, and Causes of Action**

All avoidance actions and strong-arm powers of a trustee under chapter 5 of the Bankruptcy Code, shall irrevocably vest in the Debtor and be transferred in total to the Reorganized Debtor upon confirmation of the Plan, with sole authority, control, and standing held by the Reorganized Debtor. To the extent that the statute of limitations has not already run, the deadline for filing avoidance actions under chapter 5 of the Bankruptcy Code shall be the Plan Effective Date. The deadline for the Debtor or Reorganized Debtor to file any non-avoidance action shall be the later of (i) the statute of limitations for such cause of action and (ii) two years after the Petition Date. Regardless of whether they are listed on the Debtor's bankruptcy schedules of assets or specified in the Plan, all causes of action owned by the Debtor shall vest in the Reorganized Debtor unless specifically settled with such settlement approved by order of the Bankruptcy Court prior to confirmation of the Plan.

**7. Employment of Professionals by the Reorganized Debtor and Payment of Professional Fees and Expenses After the Effective Date**

On and after the Effective Date, the Reorganized Debtor shall have the right to employ and compensate professionals as the Reorganized Debtor determines is appropriate and to compensate any such professionals without the need for any further order of the Bankruptcy Court.

**8. Exemption from Transfer Taxes**

Pursuant to section 1146(c) of the Bankruptcy Code, the issuance, transfer or exchange of a security, or the making or delivery of an instrument of transfer under a plan confirmed under section 1129 of the Bankruptcy Code, may not be taxed under any law imposing a stamp tax or similar tax. Transfers under the Plan that are exempt from taxes under section 1146(c) of the Bankruptcy Code include all transfers by the Debtor after the commencement of the Bankruptcy Case in contemplation of the Plan but prior to the Effective Date. The taxes from which such transfers are exempt include stamp taxes, recording taxes, sales and use taxes, transfer taxes, and other similar taxes.

**9. Distributions to Be Made Pursuant to the Plan**

Except as otherwise agreed to by the Reorganized Debtor in writing, distributions to be made to holders of allowed claims pursuant to the Plan may be delivered by regular mail, postage prepaid, to the address shown in the Debtor's schedules, as they may from time to time be amended in accordance with Bankruptcy Rule 1009, or, if a different address is stated in a proof of claim duly filed with the Bankruptcy Court, to such address. Checks issued to pay allowed claims shall be null and void if not negotiated within sixty (60) days after the date of issuance thereof.

**10. Exculpations and Releases**

To the maximum extent permitted by law, neither the Debtor, the Reorganized Debtor, their management, nor any of their professionals employed or retained by any of them, whether or not by Bankruptcy Court order, shall have or incur any liability to any person or entity for any act taken or omission made in good faith in connection with or related to the formulation and

implementation of the Plan, or a contract, instrument, release, or other agreement or document created in connection therewith, the solicitation of acceptances for or confirmation of the Plan, or the consummation and implementation of the Plan and the transactions contemplated therein, including the distribution of estate funds, except for willful misconduct or gross negligence

**11. Injunctions**

The Plan Confirmation Order shall enjoin the prosecution, whether directly, derivatively or otherwise, of any claim, obligation, suit, judgment, damage, demand, debt, right, cause of action, equitable remedy, liability or interest released, discharged, stayed, or terminated pursuant to the Plan. Except as provided in the Plan or the Plan Confirmation Order, as of the Plan Effective Date, all entities that have held, currently hold or may hold a claim or other debt or liability or equitable remedy that was stayed or is discharged or an interest or other right of an equity security holder that is extinguished pursuant to the terms of the Plan are permanently enjoined from taking any of the following actions against: (I) (a) the Debtor or (b) the Reorganized Debtor, or (II) their property; on account of any such discharged claims, debts or liabilities or extinguished interests or rights: (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order; (iii) creating, perfecting or enforcing any lien or encumbrance; (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to the Debtor; and (v) commencing or continuing any action in any manner, in any place, that does not comply with or is inconsistent with the provisions of the Plan. By accepting distributions pursuant to the Plan, each holder of an allowed claim receiving distributions pursuant to the Plan shall be deemed to have specifically consented to the injunctions set forth in this Section. The injunction described in this paragraph (the "Injunction") is applicable to ***all*** creditors and parties in interest with respect to claims or causes of action arising or existing prior to the Plan Effective Date.

All creditors and parties in interest who are presented with a copy of the Plan

Confirmation Order are charged with actual knowledge of the Injunction and with actual knowledge that the Injunction is applicable to said creditor and/or party in interest ("Actual Knowledge"), such that it is impossible for said creditor and/or party in interest to have a good faith belief that the Injunction does not apply to said creditor's and/or party in interest's claim or cause of action. Accordingly, any creditor and/or party in interest charged with such Actual Knowledge may be held in contempt for violating the Injunction, which contempt proceeding shall include the Reorganized Debtor's reasonable attorneys' fees and costs for enforcing the Injunction.

**12. Executory Contracts and Unexpired Leases**

To the extent not already assumed or rejected, on the Effective Date, the Debtor will assume the executory contracts and unexpired leases set forth on **Exhibit 4** to the Plan with the cure amount set forth on that exhibit. The Debtor may add, remove, or modify the list of leases and contracts for assumption and rejection with a regularly scheduled motion on 21 days' notice by the Plan Hearing date. On the Effective Date, all of the Debtor's remaining executory contracts and unexpired leases which have not previously been assumed or rejected by the Debtor shall be deemed to be rejected by the Debtor effective as of 11:59 PST on the Plan Effective Date. **THE BAR DATE FOR FILING A PROOF OF CLAIM BASED ON A CLAIM ARISING FROM THE REJECTION OF AN UNEXPIRED LEASE OR EXECUTORY CONTRACT WHICH IS REJECTED ON THE PLAN EFFECTIVE DATE WILL BE THIRTY DAYS AFTER THE PLAN EFFECTIVE DATE.** Any claim resulting from the Debtor's rejection of an unexpired lease or executory contract will be barred if the proof of claim is not timely filed, unless the Court orders otherwise. Any allowed claim resulting from the Debtor's rejection of an unexpired lease or executory contract will constitute a class 1 allowed claim. Any allowed claim resulting from the Debtor's rejection of an unexpired lease or executory contract will be subject to the limitations set forth in 11 U.S.C. § 502(b) and other applicable sections of the Bankruptcy Code.

**13. Changes in Rates Subject to Regulatory Commission Approval**

The Debtor is not subject to governmental regulatory commission approval of its rates.

**14. Retention of Jurisdiction**

After confirmation of the Plan and occurrence of the Plan Effective Date, in addition to jurisdiction which exists in any other court, the Bankruptcy Court will retain such jurisdiction as is legally permissible including for the following purposes:

i. To resolve any and all disputes regarding the operation and interpretation of the Plan and the Plan Confirmation Order;

ii. To determine the allowability, classification, or priority of claims and interests upon objection by the Debtor or the Reorganized Debtor and to consider any objection to claim or interest whether such objection is filed before or after the Effective Date;

iii. To determine the extent, validity and priority of any lien asserted against property of the Debtor and property of the Debtor's estate;

iv. To construe and take any action to enforce the Plan, the Plan Confirmation Order, and any other order of the Bankruptcy Court, issue such orders as may be necessary for the implementation, execution, performance, and consummation of the Plan, the Plan Confirmation Order, and all matters referred to in the Plan and the Plan Confirmation Order, and to determine all matters that may be pending before this Bankruptcy Court in this Bankruptcy Case on or before the Effective Date with respect to any person or entity related thereto;

v. To determine any and all applications for allowance of compensation and reimbursement of expenses of professionals for the period on or before the Effective Date;

vi. To determine any request for payment of administrative expenses;

vii. To determine motions for the rejection, assumption, or assignment of executory contracts or unexpired leases filed before the Effective Date and the allowance of any claims resulting therefrom;

viii. To determine all applications, motions, adversary proceedings, contested matters, and any other litigated matters instituted during the pendency of the Bankruptcy Case whether before, on, or after the Effective Date;

ix. To determine such other matters and for such other purposes as may be provided in the Plan Confirmation Order;

x. To modify the Plan under Section 1193 of the Bankruptcy Code in order to remedy any apparent defect or omission in the Plan or to reconcile any inconsistency in the Plan so as to carry out its intent and purpose upon motion by the Reorganized Debtor;

xi. Except as otherwise provided in the Plan and the Plan Confirmation Order, to issue injunctions, to take such other actions or make such other orders as may be necessary or appropriate to restrain interference with the Plan or the Plan Confirmation Order, or the execution or implementation by any person or entity of the Plan or the Plan Confirmation Order;

xii. To issue such orders in aid of consummation of the Plan and the Plan Confirmation Order, notwithstanding any otherwise applicable nonbankruptcy law, with respect to any person or entity, to the fullest extent authorized by the Bankruptcy Code or Bankruptcy Rules;

xiii; To enter a discharge, under 11 U.S.C. §§ 1192 and 1141(d), if applicable; and

xiv. To enter a final decree closing the Bankruptcy Case.

## IV. EFFECT OF CONFIRMATION OF THE PLAN

### A. Discharge.

If the Plan is confirmed pursuant to 11 U.S.C. § 1191(a), the Debtor shall receive a discharge of its debts pursuant to 11 U.S.C. § 1141(d) on the Effective Date. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Debtor shall receive a discharge pursuant to 11 U.S.C. §§ 1192 and 1141(d), as soon as practicable after the Debtor has completed payment to the classes for which the Plan was confirmed pursuant to 11 U.S.C. § 1191(b). If the Debtor prepays the Net Disposable Income under the Plan to Class 3, then the discharge pursuant to 11 U.S.C. § 1141(d)(1) shall be effective upon such prepayment.

### B. Modification of the Plan.

The Debtor may modify the Plan at any time before confirmation. However, the Bankruptcy Court may require re-voting on the Plan if the Debtor modifies the Plan before confirmation in a manner that materially and adversely affects a creditor or interest holder that

had voted in favor of the Plan. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(a), the Reorganized Debtor may seek to modify the Plan at any time after confirmation of the Plan so long as (1) the Plan has not been substantially consummated, (2) circumstances warrant the modification, and (3) the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Reorganized Debtor may seek to modify the Plan during the life of the Plan as fixed by the Court, so long as (1) the modified plan still meets the requirements of 11 U.S.C. § 1191(b), (2) circumstances warrant the modification, and (3) the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

**C. Post-Confirmation Status Reports.**

Until a final decree closing the Bankruptcy Case is entered, the Post-Confirmation Debtor will file quarterly post-confirmation status reports with the Bankruptcy Court explaining what progress has been made toward consummation of the confirmed Plan. Even if the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Debtor, and not the Trustee, will file the post-confirmation quarterly reports, notwithstanding Local Bankruptcy Rule 3020-2(c)(2)

The requirement of Local Bankruptcy Rule 3020-2(b)(2) for filing a report within 14 days of entry of the Plan Confirmation Report to set forth an anticipated substantial consummation date is waived. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(a), the projected substantial consummation date will be when the administrative expense claims are approved and paid. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the projected substantial consummation date will be when Class 1 payments are completed. Nothing in the Plan waives the requirement of Local Bankruptcy Rule 3020-2(b)(4) for filing a notice that substantial consummation of the Plan has occurred.

**D. Post-Confirmation Conversion/Dismissal.**

A creditor or any other party in interest may bring a motion to convert or dismiss the Bankruptcy Case under Section 1112(b) of the Bankruptcy Code after the Plan is confirmed, but before the final decree is entered, if there is a default in performing the Plan. If the Bankruptcy Court orders the Bankruptcy Case converted to chapter 7 after the Plan is confirmed, then all property that had been property of the Debtor's chapter 11 estate that has not been disbursed pursuant to the Plan will revest in the chapter 7 estate, and the automatic stay will be reimposed upon the revested property, but only to the extent that relief from stay was not previously authorized by the Bankruptcy Court during the Bankruptcy Case. The Plan Confirmation Order may also be revoked under very limited circumstances. The Bankruptcy Court may revoke the Plan Confirmation Order if it was procured by fraud and if a party in interest brings an adversary proceeding to revoke confirmation before 180 days after the entry of the Plan Confirmation Order pursuant to 11 U.S.C. § 1144. The Plan is a contract between the Debtor and/or Reorganized Debtor, on the one hand, and creditors on the other hand, and this Plan specifically includes this contractual provision: If the Debtor and/or Reorganized Debtor successfully defends against an adversary proceeding or other lawsuit to revoke discharge, revoke the Plan Confirmation Order, or otherwise alleges plan confirmation by fraud, then Debtor and/or Reorganized Debtor shall be entitled to seek an award and recovery of reasonable attorneys' fees and costs against any such plaintiff.

**E. <u>Final Decree.</u>**

Once this estate has been fully administered as referred to in Bankruptcy Rule 3022, the Reorganized Debtor will file a motion with the Bankruptcy Court to obtain a final decree to close the Bankruptcy Case. The Reorganized Debtor will be responsible for the timely payment of all fees incurred pursuant to 28 U.S.C. § 1930(a)(6). Notwithstanding Local Bankruptcy Rule 3022-2(c), if the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Reorganized Debtor (and not the Trustee) will file final reports, accounts, and motion for final decree.

Presented By:

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ John-Patrick M. Fritz*
DAVID B. GOLUBCHIK
JOHN-PATRICK M. FRITZ
Attorneys for Chapter 11
Debtor and Plan Proponent

R&LS INVESTMENTS, INC.

By: [signature]
Richard Cunningham
Operating Principal

# EXHIBIT "1"

**R&LS Investments, Inc.**

**Plan Exhibit 1 - Hypothetical Liquidation Analysis**

| **Assets** | Book Value | Liquidation Discount | Chapter 7 Realization |
|---|---|---|---|
| Cash on hand (as of 1/1/2024) | $62,126.00 | 0% | $62,126.00 |
| Accounts Receivable (as of 1/1/2024) | $91,213.10 | 95% | $4,560.66 |
| Security Deposits as Tenant | $501,208.18 | 100% | $0.00 |
| Secuirty Deposits as Sub-landlord | $18,290.00 | 0% | $18,290.00 |
| Office furniture and equipment | $285,352.00 | 95% | $14,267.60 |
| Litigation claims against Ocean Park | unknown | unknown | unknown |
| Litigation claims against KW BH & KW WL Village | $400,000.00 | 100% | $0.00 |
| Keller Williams Franchise / Goodwill / Listings | unknown | 100% | $0.00 |
| **Total** | | | **$99,244.26** |
| Less: Chapter 7 Trustee fees and expenses | | | -$8,212.21 |
| Less: Chapter 7 Legal and Accounting Fees | | | -$26,000.00 |
| Less: Chapter 11 Legal Fees | | | -$100,000.00 |
| Less: Subchapter V Trustee Fees | | | -$20,000.00 |
| Less: Priority tax claims | | | -$83.08 |
| **Estimated amout for allwed general unsecured claims** | | | **-$55,051.04** |
| **Total dollar amount of general unsecured claims** | | | **$1,987,308.64** |
| **Estimated percentage dividend** | | | **0%** |

# EXHIBIT "2"

# R&LS Investments, Inc
## 2024 Projections

| Account | January | February | March | April | May | June | July | August | September | October | November | December | 2024 Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $62,126 | $158,175 | $38,633 | $38,254 | $64,437 | $89,681 | $108,092 | $126,729 | $103,578 | $92,804 | $106,487 | $72,244 | **$1,061,238** |
| **Exit Financing Infusion** | | $100,000 | | | | | | | | | | | **$100,000** |
| **Ending Cash** | $158,175 | $38,633 | $38,254 | $64,437 | $89,681 | $108,092 | $126,729 | $103,578 | $92,804 | $106,487 | $72,244 | $51,216 | **$1,050,328** |
| | | | | | | | | | | | | | |
| **Total Sales Volume** | $84,692,643 | $73,881,776 | $106,490,120 | $132,591,739 | $121,290,363 | $116,782,256 | $104,100,013 | $95,043,746 | $97,344,101 | $96,068,262 | $93,807,618 | $82,825,864 | **$1,204,918,501** |
| **Units Sold** | 53 | 48 | 71 | 84 | 105 | 82 | 76 | 75 | 66 | 73 | 67 | 57 | **856** |
| | | | | | | | | | | | | | |
| **Gross Commission Income** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2024 Totals** |
| **Total Income from Commissions** | $1,912,126 | $1,857,475 | $2,557,635 | $2,795,708 | $2,773,001 | $2,622,623 | $2,431,683 | $2,428,772 | $2,265,820 | $2,463,307 | $2,033,356 | $2,079,612 | **$28,221,117** |
| | | | | | | | | | | | | | |
| **Cost Of Sales** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2024 Totals** |
| Cost of Sales - Agent Commission Paid Out | $1,701,792 | $1,653,152 | $2,276,295 | $2,488,180 | $2,467,971 | $2,334,135 | $2,164,198 | $2,161,607 | $2,016,580 | $2,192,344 | $1,809,686 | $1,850,855 | **$25,116,794** |
| Agent Royalty to Franchisor | $37,439 | $36,369 | $50,078 | $54,740 | $54,295 | $51,351 | $47,612 | $47,555 | $44,365 | $48,232 | $39,813 | $40,719 | **$552,569** |
| Concession to Close | $0 | $0 | $1,250 | $0 | $0 | $6,250 | $0 | $0 | $2,500 | $0 | $0 | $0 | **$10,000** |
| E&O Collected from Agents | $8,509 | $8,266 | $11,381 | $12,441 | $12,340 | $11,671 | $10,821 | $10,808 | $10,083 | $10,962 | $9,048 | $9,254 | **$125,584** |
| **Total Cost Of Sales** | **$1,747,740** | **$1,697,788** | **$2,339,005** | **$2,555,361** | **$2,534,606** | **$2,403,406** | **$2,222,631** | **$2,219,970** | **$2,073,528** | **$2,251,537** | **$1,858,548** | **$1,900,828** | **$25,804,947** |
| | | | | | | | | | | | | | |
| **Gross Profit (Company Dollar Income)** | **$164,385** | **$159,687** | **$218,630** | **$240,347** | **$238,395** | **$219,217** | **$209,052** | **$208,802** | **$192,293** | **$211,771** | **$174,808** | **$178,784** | **$2,416,169** |
| | | | | | | | | | | | | | |
| **Company Expenses** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2024 Totals** |
| Accounting/Tax Preparation | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | **$10,000** |
| Advertising - Classified | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | **$1,800** |
| Advertising - Other Marketing | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | **$10,000** |
| Bad Debt Expense | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | **$9,000** |
| Bank Charges | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | **$3,600** |
| Credit Card Charges fees | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | **$23,400** |
| Computer Software | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | **$21,600** |
| Contest & Sales Awards | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | **$1,200** |
| Contract Labor/Consulting | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | **$47,520** |
| CaConc Retainer | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | **$43,200** |
| Virtual Assistants | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | **$10,800** |
| CBC Staff | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | **$48,000** |
| Contribution/Gifts | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | **$4,500** |
| Copy Machine/Copy Expense | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | **$26,100** |
| Dues/Subscriptions | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | **$1,800** |
| Dues - MLS | $350 | $175 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $750 | **$1,275** |
| Dues - BOR | $250 | $100 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $500 | **$850** |
| Insurance - Liability | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | **$13,500** |
| Insurance - Health | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | **$36,000** |
| Insurance - EPL and ELP | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | **$2,000** |
| KW Convention | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,500 | $1,500 | $1,500 | **$4,500** |
| Legal Expense | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| On line Services - Co-Star | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | **$58,800** |
| Maintenance/Repair-Copier | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | **$1,200** |
| Meals | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | **$3,600** |
| Meetings | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| Postage/Freight/Delivery | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | **$2,100** |
| Recruiting Incentives | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | **$45,000** |
| Rent - Office/Occupancy | $46,655 | $46,655 | $46,655 | $46,655 | $46,655 | $46,655 | $46,655 | $46,655 | $41,713 | $41,713 | $41,713 | $41,713 | **$540,090** |
| Parking | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | **$45,000** |
| Bldg. Operating Expenses | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | **$6,000** |
| Rent - Other - Water Service | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | **$900** |
| Rent - Other - Coffee Service | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | **$3,000** |
| Rent - Equipment | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | **$12,000** |
| Salaries - Admin/Staff | $18,208 | $18,208 | $18,208 | $18,208 | $18,208 | $18,208 | $18,208 | $18,208 | $18,208 | $18,208 | $18,208 | $18,208 | **$218,500** |
| Salaries - MCA | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | **$90,000** |
| Productivity Coach Salary | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | **$36,000** |
| Salaries/Admin/Bonus | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | **$7,500** |
| Salaries - Call Coordinator | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | **$142,500** |
| Salaries - Team Leader | $12,500 | $12,500 | $12,500 | $12,500 | $12,500 | $12,500 | $12,500 | $12,500 | $12,500 | $12,500 | $12,500 | $12,500 | **$150,000** |
| Salaries - Asst Team Leader | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | **$75,000** |
| Salaries-TLeader& AsstTL/Bonus | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | **$10,000** |
| Payroll Service Fees | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | **$7,800** |
| Simple IRA Contribution | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | **$9,000** |
| Supplies | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | **$12,000** |
| Taxes - Payroll | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | **$69,600** |
| Telephone Services | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | **$26,400** |
| Telephone - Auto/Mobile Phone | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| Training-Consultants/Materials | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | **$24,000** |
| Travel/Lodgings | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| Salaries - OP | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | **$60,000** |
| Salaries - On-Site Broker | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | **$54,000** |
| KPA | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | **$6,000** |
| Team Incentive Reimbusements | $5,700 | $9,700 | $34,000 | $21,500 | $21,800 | $14,400 | $9,400 | $18,800 | $16,600 | $10,700 | $18,000 | $11,500 | **$192,100** |
| **Total Approved Expenses** | **$183,932** | **$187,607** | **$211,632** | **$199,132** | **$199,432** | **$192,032** | **$187,032** | **$196,432** | **$191,289** | **$184,889** | **$192,189** | **$186,939** | **$2,312,535** |
| | | | | | | | | | | | | | |
| **Profit Share & Franchise Royalty Expense** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2024 Totals** |
| Profit Share | $0 | $0 | $2,354 | $10,908 | $10,345 | $7,401 | $6,109 | $3,697 | $855 | $7,325 | $0 | $0 | **$48,993** |
| Franchise Royalty | $37,439 | $36,369 | $50,078 | $54,740 | $54,295 | $51,351 | $47,612 | $47,555 | $44,365 | $48,232 | $39,813 | $40,719 | **$552,569** |
| FR Paid by Agents | ($37,439) | ($36,369) | ($50,078) | ($54,740) | ($54,295) | ($51,351) | ($47,612) | ($47,555) | ($44,365) | ($48,232) | ($39,813) | ($40,719) | **($552,569)** |
| **Total Profit Share and Royalties** | **$0** | **$0** | **$2,354** | **$10,908** | **$10,345** | **$7,401** | **$6,109** | **$3,697** | **$855** | **$7,325** | **$0** | **$0** | **$48,993** |
| | | | | | | | | | | | | | |
| **Operating Profit/Loss** | **($19,546)** | **($27,920)** | **$4,644** | **$30,307** | **$28,618** | **$19,785** | **$15,911** | **$8,673** | **$148** | **$19,557** | **($17,382)** | **($8,155)** | **$54,642** |
| | | | | | | | | | | | | | |
| **Non-Company/Owner Expenses** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2024 Totals** |
| Annual Associate Renewal Fee | $10,000 | ($10,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Owner Expenses | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | **($108,744)** |
| **Total Other Expenses** | **$938** | **($19,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($108,744)** |
| | | | | | | | | | | | | | |
| **Net Profit/(Loss)** | **($18,608)** | **($46,982)** | **($4,418)** | **$21,245** | **$19,556** | **$10,723** | **$6,849** | **($389)** | **($8,914)** | **$10,495** | **($26,444)** | **($17,217)** | **($54,102)** |
| | | | | | | | | | | | | | |
| **Cash Flow Statement** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2024 Totals** |
| Net Change in Accounts Receivable | ($1,500) | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | **$9,500** |
| Net Change in Other Accounts Receivables | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Net Change Leashold Improvements | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Net Change in Prepaid Expenses | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Net Change in Assests (Russell) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Net Change in Assests (Escrow Advisors) | ($1,450) | ($1,450) | $350 | $1,350 | $2,350 | $4,350 | $9,050 | $6,050 | $4,350 | $3,350 | $2,350 | $1,350 | **$32,000** |
| Net Change in Unpaid Commissions | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Net Change in Excess E&O Reserves | | | | | | | | | | | | | **$0** |
| Net Change in City Tax | $8,600 | ($35,400) | $8,600 | $8,600 | $8,600 | $8,600 | $8,600 | ($23,400) | $8,600 | $8,600 | $8,600 | $8,600 | **$27,200** |
| Net Change in McFee | ($14,660) | ($5,460) | $5,338 | $5,238 | $4,988 | $4,988 | $4,388 | $4,838 | ($4,560) | $1,488 | ($8,500) | ($3,511) | **($5,425)** |
| Note Payables | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Net Change in Prepaid Cap | $123,750 | ($11,250) | ($11,250) | ($11,250) | ($11,250) | ($11,250) | ($11,250) | ($11,250) | ($11,250) | ($11,250) | ($11,250) | ($11,250) | **$0** |
| TOTAL | **$96,132** | **($99,542)** | **($380)** | **$26,183** | **$25,244** | **$18,411** | **$18,637** | **($23,151)** | **($10,774)** | **$13,683** | **($34,244)** | **($21,028)** | **$9,173** |
| | | | | | | | | | | | | | |
| **TOTAL ENDING CASH** | **$158,175** | **$38,633** | **$38,254** | **$64,437** | **$89,681** | **$108,092** | **$126,729** | **$103,578** | **$92,804** | **$106,487** | **$72,244** | **$51,216** | **$1,050,328** |
| | | | | | | | | | | | | | |
| **Other Planned Expenses** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2024 Totals** |
| LNBYG | | $100,000 | | | | | | | | | | | $100,000 |
| Sub 5 Trustee | | $20,000 | | | | | | | | | | | $20,000 |
| Priority Tax Claims | $83 | | | | | | | | | | | | $83 |
| Repayment of Exit Financing | | | | | | | | | | | | | $0 |
| Operating Reserve | | | | | | | | | | | | | $0 |
| General Unsecured Creditors | | | | | | | | | | | | | $0 |
| **TOTAL** | $83 | $120,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $120,083 |

# R&LS Investments, Inc
## 2025 Projections

| Account | January | February | March | April | May | June | July | August | September | October | November | December | 2025 Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $51,216 | $142,338 | $51,195 | $63,754 | $98,519 | $132,752 | $161,998 | $191,974 | $180,906 | $187,567 | $205,812 | $179,618 | **$1,647,648** |
| **Exit Financing Infusion** | | | | | | | | | | | | | **$0** |
| **Ending Cash** | $142,338 | $51,195 | $63,754 | $98,519 | $132,752 | $161,998 | $191,974 | $180,906 | $187,567 | $205,812 | $179,618 | $172,771 | **$1,769,204** |
| **Total Sales Volume** | $87,233,423 | $76,098,229 | $109,684,824 | $139,221,326 | $127,354,881 | $122,621,369 | $109,305,014 | $99,795,933 | $102,211,306 | $98,950,310 | $96,621,847 | $85,310,640 | **$ 1,254,409,100** |
| **Units Sold** | 54 | 49 | 73 | 88 | 111 | 86 | 80 | 78 | 70 | 75 | 69 | 58 | **891** |
| **Gross Commission Income** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2025 Totals** |
| **Total Income from Commissions** | $1,969,489 | $1,913,199 | $2,634,364 | $2,935,493 | $2,911,651 | $2,753,754 | $2,553,267 | $2,550,211 | $2,379,111 | $2,537,207 | $2,094,356 | $2,142,000 | **$29,374,102** |
| **Cost Of Sales** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2025 Totals** |
| Cost of Sales - Agent Commission Paid Out | $1,752,846 | $1,702,747 | $2,344,584 | $2,612,589 | $2,591,369 | $2,450,841 | $2,272,407 | $2,269,687 | $2,117,409 | $2,258,114 | $1,863,977 | $1,906,380 | **$26,142,951** |
| Agent Royalty to Franchisor | $38,563 | $37,460 | $51,581 | $57,477 | $57,010 | $53,919 | $49,993 | $49,933 | $46,583 | $49,679 | $41,007 | $41,940 | **$575,145** |
| Concession to Close | $0 | $0 | $1,250 | $0 | $0 | $6,250 | $0 | $0 | $2,500 | $0 | $0 | $0 | **$10,000** |
| E&O Collected from Agents | $8,764 | $8,514 | $11,723 | $13,063 | $12,957 | $12,254 | $11,362 | $11,348 | $10,587 | $11,291 | $9,320 | $9,532 | **$130,715** |
| **Total Cost Of Sales** | **$1,800,172** | **$1,748,721** | **$2,409,138** | **$2,683,129** | **$2,661,336** | **$2,523,264** | **$2,333,762** | **$2,330,969** | **$2,177,079** | **$2,319,083** | **$1,914,304** | **$1,957,853** | **$26,858,811** |
| **Gross Profit (Company Dollar Income)** | **$169,317** | **$164,478** | **$225,226** | **$252,364** | **$250,315** | **$230,490** | **$219,504** | **$219,242** | **$202,032** | **$218,124** | **$180,052** | **$184,148** | **$2,515,292** |
| **Company Expenses** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2025 Totals** |
| Accounting/Tax Preparation | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | **$10,000** |
| Advertising - Classified | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | **$1,800** |
| Advertising - Other Marketing | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | **$10,000** |
| Bad Debt Expense | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | **$9,000** |
| Bank Charges | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | **$3,600** |
| Credit Card Charges fees | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | **$23,400** |
| Computer Software | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | **$21,600** |
| Contest & Sales Awards | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | **$1,200** |
| Contract Labor/Consulting | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | **$47,520** |
| CaConc Retainer | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | **$43,200** |
| Virtual Assistants | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | **$10,800** |
| CBC Staff | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | **$48,000** |
| Contribution/Gifts | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | **$4,500** |
| Copy Machine/Copy Expense | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | **$26,100** |
| Dues/Subscriptions | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | **$1,800** |
| Dues - MLS | $350 | $175 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $750 | **$1,275** |
| Dues - BOR | $250 | $100 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $500 | **$850** |
| Insurance - Liability | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | **$13,500** |
| Insurance - Health | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | **$36,000** |
| Insurance - Worker's Comp | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | **$55,000** |
| Insurance - EPL and ELP | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | **$2,000** |
| KW Convention | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,500 | $1,500 | $1,500 | **$4,500** |
| Legal Expense | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| On line Services - Co-Star | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | **$58,800** |
| Maintenance/Repair-Copier | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | **$1,200** |
| Meals | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | **$3,600** |
| Meetings | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| Postage/Freight/Delivery | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | **$2,100** |
| Recruiting Incentives | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | **$45,000** |
| Rent - Office/Occupancy | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | **$500,550** |
| Parking | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | **$45,000** |
| Bldg. Operating Expenses | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | **$6,000** |
| Rent - Other - Water Service | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | **$900** |
| Rent - Other - Coffee Service | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | **$3,000** |
| Rent - Equipment | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | **$12,000** |
| Salaries - Admin/Staff | $20,939 | $20,939 | $20,939 | $20,939 | $20,939 | $20,939 | $20,939 | $20,939 | $20,939 | $20,939 | $20,939 | $20,939 | **$251,268** |
| Salaries - MCA | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | **$95,004** |
| Productivity Coach Salary | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | **$36,000** |
| Salaries/Admin/Bonus | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | **$7,500** |
| Salaries - Call Coordinator | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | **$142,500** |
| Salaries - Team Leader | $13,334 | $13,334 | $13,334 | $13,334 | $13,334 | $13,334 | $13,334 | $13,334 | $13,334 | $13,334 | $13,334 | $13,334 | **$160,008** |
| Salaries - Asst Team Leader | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | **$75,000** |
| Salaries-TLeader& AsstTL/Bonus | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | **$10,000** |
| Payroll Service Fees | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | **$7,800** |
| Simple IRA Contribution | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | $850 | **$10,200** |
| Supplies | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | **$12,000** |
| Taxes - Payroll | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | **$69,600** |
| Taxes - Federal Income | $0 | $0 | $2,173 | $11,733 | $11,162 | $8,146 | $6,702 | $4,347 | $0 | $5,852 | $0 | $0 | **$50,113** |
| Telephone Services | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | **$26,400** |
| Telephone - Auto/Mobile Phone | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| Training-Consultants/Materials | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | **$24,000** |
| Travel/Lodgings | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| Salaries - OP | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | **$60,000** |
| Salaries - On-Site Broker | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | **$54,000** |
| KPA | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | **$6,000** |
| Team Incentive Reimbusements | $5,700 | $9,700 | $34,000 | $21,500 | $21,800 | $14,400 | $9,400 | $18,800 | $16,600 | $10,700 | $18,000 | $11,500 | **$192,100** |
| **Total Approved Expenses** | **$183,071** | **$186,746** | **$212,943** | **$210,004** | **$209,733** | **$199,316** | **$192,873** | **$199,918** | **$195,371** | **$194,823** | **$196,271** | **$191,021** | **$2,372,088** |
| **Profit Share & Franchise Royalty Expense** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2025 Totals** |
| Profit Share | $0 | $0 | $4,650 | $12,421 | $11,974 | $9,604 | $8,431 | $6,618 | $3,076 | $7,082 | $0 | $0 | **$63,856** |
| Franchise Royalty | $38,563 | $37,460 | $51,581 | $57,477 | $57,010 | $53,919 | $49,993 | $49,933 | $46,583 | $49,679 | $41,007 | $41,940 | **$575,145** |
| FR Paid by Agents | ($38,563) | ($37,460) | ($51,581) | ($57,477) | ($57,010) | ($53,919) | ($49,993) | ($49,933) | ($46,583) | ($49,679) | ($41,007) | ($41,940) | **($575,145)** |
| **Total Profit Share and Royalties** | **$0** | **$0** | **$4,650** | **$12,421** | **$11,974** | **$9,604** | **$8,431** | **$6,618** | **$3,076** | **$7,082** | **$0** | **$0** | **$63,856** |
| **Operating Profit/Loss** | **($13,754)** | **($22,268)** | **$7,633** | **$29,940** | **$28,608** | **$21,570** | **$18,201** | **$12,706** | **$3,585** | **$16,219** | **($16,219)** | **($6,873)** | **$79,347** |
| **Non-Company/Owner Expenses** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2025 Totals** |
| Annual Associate Renewal Fee | $10,000 | ($10,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Owner Expenses | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | **($108,744)** |
| **Total Other Expenses** | **$938** | **($19,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($108,744)** |
| **Net Profit/(Loss)** | **($12,816)** | **($41,330)** | **($1,429)** | **$20,878** | **$19,546** | **$12,508** | **$9,139** | **$3,644** | **($5,477)** | **$7,157** | **($25,281)** | **($15,935)** | **($29,397)** |
| **Cash Flow Statement** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2025 Totals** |
| Net Change in Accounts Receivable | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | **$12,000** |
| Net Change in Assests (Escrow Advisors) | $300 | $300 | $2,300 | $2,300 | $3,300 | $5,300 | $10,000 | $6,000 | $4,300 | $3,300 | $2,300 | $1,300 | **$41,000** |
| Net Change in City Tax | $9,000 | ($35,000) | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | ($23,000) | $9,000 | $9,000 | $9,000 | $9,000 | **$32,000** |
| Net Change in McFee | $1,971 | ($7,779) | $10,021 | $9,921 | $9,721 | $9,771 | $9,171 | $9,621 | $6,171 | $6,121 | ($4,879) | $6,121 | **$65,952** |
| Net Change in Prepaid Cap | $91,667 | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | **($0)** |
| TOTAL | **$91,122** | **($91,142)** | **$12,558** | **$34,766** | **$34,233** | **$29,245** | **$29,977** | **($11,068)** | **$6,661** | **$18,245** | **($26,193)** | **($6,847)** | **$121,555** |
| **TOTAL ENDING CASH** | **$142,338** | **$51,195** | **$63,754** | **$98,519** | **$132,752** | **$161,998** | **$191,974** | **$180,906** | **$187,567** | **$205,812** | **$179,618** | **$172,771** | **$1,769,204** |
| **Other Planned Expenses** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2025 Totals** |
| LNBYG | | | | | | | | | | | | | $0 |
| Sub 5 Trustee | | | | | | | | | | | | | $0 |
| Priority Tax Claims | | | | | | | | | | | | | $0 |
| Repayment of Exit Financing | | | | | | | | | | | | | $0 |
| Operating Reserve | | | | | | | | | | | | | $0 |
| General Unsecured Creditors | | | | | | | | | | | | | $0 |
| **TOTAL** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

## R&LS Investments, Inc
## 2026 Projections

| Account | January | February | March | April | May | June | July | August | September | October | November | December | 2026 Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $172,771 | $273,202 | $174,024 | $184,661 | $221,938 | $258,568 | $289,832 | $321,285 | $313,484 | $320,843 | $338,230 | $316,519 | **$3,185,357** |
| **Exit Financing Infusion** | | | | | | | | | | | | | **$0** |
| **Ending Cash** | $273,202 | $174,024 | $184,661 | $221,938 | $258,568 | $289,832 | $321,285 | $313,484 | $320,843 | $338,230 | $316,519 | ($0) | **$3,069,784** |
| **Total Sales Volume** | $89,850,425 | $78,381,176 | $112,975,368 | $147,574,605 | $134,996,174 | $129,978,651 | $115,863,315 | $105,783,689 | $108,343,984 | $102,908,322 | $100,486,720 | $88,723,066 | **$1,315,865,496** |
| **Units Sold** | 56 | 51 | 75 | 93 | 117 | 91 | 85 | 83 | 74 | 78 | 71 | 61 | **935** |
| **Gross Commission Income** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2026 Totals** |
| **Total Income from Commissions** | $2,028,574 | $1,970,595 | $2,713,395 | $3,111,623 | $3,086,350 | $2,918,979 | $2,706,463 | $2,703,223 | $2,521,858 | $2,638,695 | $2,178,131 | $2,227,680 | **$30,805,565** |
| **Cost Of Sales** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2026 Totals** |
| Cost of Sales - Agent Commission Paid Out | $1,805,430.90 | $1,753,829 | $2,414,921 | $2,769,344 | $2,746,851 | $2,597,892 | $2,408,752 | $2,405,869 | $2,244,454 | $2,348,439 | $1,938,536 | $1,982,635 | **$27,416,953** |
| Agent Royalty to Franchisor | $39,719 | $38,584 | $53,128 | $60,926 | $60,431 | $57,154 | $52,993 | $52,929 | $49,378 | $51,666 | $42,648 | $43,618 | **$603,173** |
| Concession to Close | $0 | $0 | $1,250 | $0 | $0 | $6,250 | $0 | $0 | $2,500 | $0 | $0 | $0 | **$10,000** |
| E&O Collected from Agents | $9,027 | $8,769 | $12,075 | $13,847 | $13,734 | $12,989 | $12,044 | $12,029 | $11,222 | $11,742 | $9,693 | $9,913 | **$137,085** |
| **Total Cost Of Sales** | **$1,854,178** | **$1,801,183** | **$2,481,374** | **$2,844,117** | **$2,821,016** | **$2,674,285** | **$2,473,788** | **$2,470,827** | **$2,307,554** | **$2,411,846** | **$1,990,877** | **$2,036,167** | **$28,167,211** |
| **Gross Profit (Company Dollar Income)** | **$174,397** | **$169,412** | **$232,021** | **$267,506** | **$265,333** | **$244,695** | **$232,675** | **$232,396** | **$214,304** | **$226,849** | **$187,254** | **$191,514** | **$2,638,354** |
| **Company Expenses** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2026 Totals** |
| Accounting/Tax Preparation | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | **$10,000** |
| Advertising - Classified | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | **$1,800** |
| Advertising - Other Marketing | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | **$10,000** |
| Bad Debt Expense | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | **$9,000** |
| Bank Charges | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | **$3,600** |
| Credit Card Charges fees | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | **$23,400** |
| Computer Software | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | **$21,600** |
| Contest & Sales Awards | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | **$1,200** |
| Contract Labor/Consulting | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | $3,960 | **$47,520** |
| CaConc Retainer | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | **$43,200** |
| Virtual Assistants | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | **$10,800** |
| CBC Staff | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | **$48,000** |
| Contribution/Gifts | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | $375 | **$4,500** |
| Copy Machine/Copy Expense | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | $2,175 | **$26,100** |
| Dues/Subscriptions | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | **$1,800** |
| Dues - MLS | $350 | $175 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $750 | **$1,275** |
| Dues - BOR | $250 | $100 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $500 | **$850** |
| Insurance - Liability | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | $1,125 | **$13,500** |
| Insurance - Health | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | **$36,000** |
| Insurance - Worker's Comp | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | **$55,000** |
| Insurance - EPL and ELP | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,000 | $0 | $0 | $0 | **$2,000** |
| KW Convention | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,500 | $1,500 | $1,500 | **$4,500** |
| Legal Expense | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| On line Services - Co-Star | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | $4,900 | **$58,800** |
| Maintenance/Repair-Copier | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | **$1,200** |
| Meals | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | **$3,600** |
| Meetings | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| Postage/Freight/Delivery | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | **$2,100** |
| Recruiting Incentives | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | **$45,000** |
| Rent - Office/Occupancy | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | $41,713 | **$500,550** |
| Parking | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | $3,750 | **$45,000** |
| Bldg. Operating Expenses | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | **$6,000** |
| Rent - Other - Water Service | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | **$900** |
| Rent - Other - Coffee Service | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | **$3,000** |
| Rent - Equipment | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | **$12,000** |
| Salaries - Admin/Staff | $24,079 | $24,079 | $24,079 | $24,079 | $24,079 | $24,079 | $24,079 | $24,079 | $24,079 | $24,079 | $24,079 | $24,079 | **$288,948** |
| Salaries - MCA | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | $7,917 | **$95,004** |
| Productivity Coach Salary | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | **$36,000** |
| Salaries/Admin/Bonus | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | $625 | **$7,500** |
| Salaries - Call Coordinator | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | $11,875 | **$142,500** |
| Salaries - Team Leader | $14,167 | $14,167 | $14,167 | $14,167 | $14,167 | $14,167 | $14,167 | $14,167 | $14,167 | $14,167 | $14,167 | $14,167 | **$170,004** |
| Salaries - Asst Team Leader | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | $6,250 | **$75,000** |
| Salaries-TLeader& AsstTL/Bonus | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | $833 | **$10,000** |
| Payroll Service Fees | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | **$7,800** |
| Simple IRA Contribution | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | **$9,000** |
| Supplies | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | **$12,000** |
| Taxes - Payroll | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | $5,800 | **$69,600** |
| Taxes - Federal Income | $0 | $0 | $6,420 | $17,858 | $17,259 | $14,060 | $12,383 | $10,025 | $5,786 | $10,533 | $0 | $1,572 | **$95,896** |
| Telephone Services | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | **$26,400** |
| Telephone - Auto/Mobile Phone | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| Training-Consultants/Materials | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | **$24,000** |
| Travel/Lodgings | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | **$7,200** |
| Salaries - OP | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | **$60,000** |
| Salaries - On-Site Broker | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | **$54,000** |
| KPA | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | **$6,000** |
| Team Incentive Reimbusements | $5,700 | $9,700 | $34,000 | $21,500 | $21,800 | $14,400 | $9,400 | $18,800 | $16,600 | $10,700 | $18,000 | $11,500 | **$192,100** |
| **Total Approved Expenses** | **$186,944** | **$190,619** | **$221,064** | **$220,002** | **$219,703** | **$209,104** | **$202,427** | **$209,469** | **$205,030** | **$203,377** | **$200,144** | **$196,466** | **$2,464,347** |
| **Profit Share & Franchise Royalty Expense** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2026 Totals** |
| Profit Share | $0 | $0 | $6,349 | $16,207 | $15,729 | $13,156 | $11,723 | $9,907 | $6,144 | $9,263 | $0 | $1,748 | **$90,225** |
| Franchise Royalty | $39,719 | $38,584 | $53,128 | $60,926 | $60,431 | $57,154 | $52,993 | $52,929 | $49,378 | $51,666 | $42,648 | $43,618 | **$603,173** |
| FR Paid by Agents | ($39,719) | ($38,584) | ($53,128) | ($60,926) | ($60,431) | ($57,154) | ($52,993) | ($52,929) | ($49,378) | ($51,666) | ($42,648) | ($43,618) | **($603,173)** |
| **Total Profit Share and Royalties** | **$0** | **$0** | **$6,349** | **$16,207** | **$15,729** | **$13,156** | **$11,723** | **$9,907** | **$6,144** | **$9,263** | **$0** | **$1,748** | $90,225 |
| **Operating Profit/Loss** | **($12,547)** | **($21,207)** | **$4,608** | **$31,298** | **$29,902** | **$22,435** | **$18,525** | **$13,021** | **$3,130** | **$14,209** | **($12,890)** | **($6,700)** | **$83,783** |
| **Non-Company/Owner Expenses** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2026 Totals** |
| Annual Associate Renewal Fee | $10,000 | ($10,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$0** |
| Owner Expenses | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | ($9,062) | **($108,744)** |
| **Total Other Expenses** | **$938** | **($19,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($9,062)** | **($108,744)** |
| **Net Profit/(Loss)** | **($11,609)** | **($40,269)** | **($4,454)** | **$22,236** | **$20,840** | **$13,373** | **$9,463** | **$3,959** | **($5,932)** | **$5,147** | **($21,952)** | **($15,762)** | **($24,961)** |
| **Cash Flow Statement** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2026 Totals** |
| Net Change in Accounts Receivable | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | **$12,000** |
| Net Change in Assests (Escrow Advisors) | $250 | $250 | $2,250 | $2,250 | $3,250 | $5,250 | $9,950 | $5,950 | $4,250 | $3,250 | $2,250 | $1,250 | **$40,400** |
| Net Change in City Tax | $9,200 | ($33,000) | $9,200 | $9,200 | $9,200 | $9,200 | $9,200 | ($21,000) | $9,200 | $9,200 | $9,200 | $9,200 | **$38,000** |
| Net Change in McFee | $9,924 | ($18,826) | $10,974 | $10,924 | $10,674 | $10,774 | $10,174 | $10,624 | $7,174 | $7,124 | ($3,876) | $3,324 | **$68,988** |
| Net Change in Prepaid Cap | $91,667 | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | ($8,333) | **($0)** |
| **TOTAL** | **$100,431** | **($99,178)** | **$10,637** | **$37,277** | **$36,630** | **$31,264** | **$31,453** | **($7,801)** | **$7,359** | **$17,387** | **($21,711)** | **($9,321)** | **$134,427** |
| **TOTAL ENDING CASH** | **$273,202** | **$174,024** | **$184,661** | **$221,938** | **$258,568** | **$289,832** | **$321,285** | **$313,484** | **$320,843** | **$338,230** | **$316,519** | **($0)** | **$3,069,784** |
| **Other Planned Expenses** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **2026 Totals** |
| LNBYG | | | | | | | | | | | | | $0 |
| Sub 5 Trustee | | | | | | | | | | | | | $0 |
| Priority Tax Claims | | | | | | | | | | | | | $0 |
| Repayment of Exit Financing | | | | | | | | | | | | $100,000 | $100,000 |
| Operating Reserve | | | | | | | | | | | | $150,000 | $150,000 |
| General Unsecured Creditors | | | | | | | | | | | | $57,198 | $57,198 |
| **TOTAL** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $307,198 | $250,000 |

# EXHIBIT "3"

| | FILED CLAIM | | | | | SCHEDULED CLAIM | | | | OBJECTION | PROPOSED TREATMENT OF CLAIM | | | Projected Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Creditor | Claim No. | Date Claim Filed | Secured | Priority | General Unsecured | Schedule "D" Secured | Schedule "E" Priority | Schedule "F" Unsecured | C/ U/ D | Basis of Objection, If Any | Proposed Secured Amount | Proposed Priority Amount | Proposed Unsecured Amount | Proposed Payment on Unsecured Amount |
| Internal Revenue Service | 3 | 9/12/23 | | $23,567.91 | | | $0.00 | | | Taxes Paid | | $0.00 | | |
| Franchise Tax Board | | | | | | | $0.00 | | | | | $83.08 | | |
| Employment Development Department | 2 | 8/4/23 | | $83.08 | | | | | | | | | $0.00 | |
| Yongtong Zhou | | | | | | | | $0.00 | | | | | $0.00 | |
| West Guard Insurance | | | | | | | | $0.00 | | | | | $0.00 | |
| West Guard Insurance | | | | | | | | $0.00 | | | | | $0.00 | |
| Wells Fargo Financing | | | | | | | | $0.00 | | | | | $0.00 | |
| Travelers | | | | | | | | $0.00 | | | | | $0.00 | |
| Small Business Administration | | | | | | | | $0.00 | | | | | $0.00 | |
| Simon Yang | | | | | | | | $0.00 | | | | | $0.00 | |
| Shawn Choi | | | | | | | | $0.00 | | | | | $0.00 | |
| Shannon Casey | | | | | | | | $0.00 | | | | | $0.00 | |
| Scott Le Roy | | | | | | | | $0.00 | | | | | $0.00 | |
| Sandra Rozenblum | | | | | | | | $0.00 | | | | | $0.00 | |
| Reppert Factor | | | | | | | | $0.00 | | | | | $0.00 | |
| Reonomy | | | | | | | | $0.00 | | | | | $0.00 | |
| Playground Management Group, LLC | | | | | | | | $0.00 | | | | | $0.00 | |
| Parking Network | | | | | | | | $3,075.00 | | | | | $3,075.00 | $88.50 |
| Ocean Park Two, LLC | 4 | 9/14/23 | | | $16,526,985.67 | | | $430,850.96 | | 502(b)(6) | $432,293.84 | | $1,937,042.28 | $55,751.25 |
| Mark Barron | 5 | 9/26/23 | | | $2,772,574.90 | | | $0.00 | | Insurance | | | $0.00 | |
| Luca Plouvezi | | | | | | | | $0.00 | | | | | $0.00 | |
| Konica Minolta | | | | | | | | $0.00 | | | | | $0.00 | |
| Kimberly Stephens | | | | | | | | $0.00 | | | | | $0.00 | |
| Kimberly Adams (K Hospitality, LLC) | | | | | | | | $0.00 | | | | | $0.00 | |
| Keller Williams Realty, Inc. | | | | | | | | $0.00 | | | | | $0.00 | |
| Julia Wolov | | | | | | | | $0.00 | | | | | $0.00 | |
| Joshua Avedon | | | | | | | | $0.00 | | | | | $0.00 | |
| IPFS Financing | | | | | | | | $0.00 | | | | | $0.00 | |
| Happy Cleaning Services | | | | | | | | $0.00 | | | | | $0.00 | |
| Gold Coast West, LLC | | | | | | | | $0.00 | | | | | $0.00 | |
| Gessica Smith | | | | | | | | $0.00 | | | | | $0.00 | |
| Gaby Romo | | | | | | | | $0.00 | | | | | $0.00 | |
| Frontier Communications | | | | | | | | $0.00 | | | | | $0.00 | |
| EXL (Partner of USAA - Steven Comunale) | | | | | | | | $0.00 | | | | | $0.00 | |
| Elizabeth Rosen | | | | | | | | $0.00 | | | | | $0.00 | |
| De Lage Financial | | | | | | | | $0.00 | | | | | $0.00 | |
| De Coral Plaza, LLC | | | | | | | | $0.00 | | | | | $0.00 | |
| Cogent | | | | | | | | $0.00 | | | | | $0.00 | |
| Co-Star Realty Information | | | | | | | | $0.00 | | | | | $0.00 | |
| Claire Campolo | | | | | | | | $0.00 | | | | | $0.00 | |
| City National Bank | | | | | | | | $0.00 | | | | | $0.00 | |
| Citi Credit Card | | | | | | | | $47,191.36 | | | | | $47,191.36 | $1,358.24 |
| Carmen Angelino | | | | | | | | $0.00 | | | | | $0.00 | |
| Brian Tanenbaum | | | | | | | | $0.00 | | | | | $0.00 | |
| Blue Shield of California | | | | | | | | $0.00 | | | | | $0.00 | |
| Adam Silver | | | | | | | | $0.00 | | | | | $0.00 | |
| ABM Parking | | | | | | | | $0.00 | | | | | $0.00 | |
| 843 Via de la Paz, LLC | | | | | | | | $0.00 | | | | | $0.00 | |
| First-Citizens Bank & Trust Co. | 1 | 8/3/23 | | | $35,298.22 | | | | | Assume lease | | | $0.00 | |
| | | | | | | | | | | | | | | |
| **TOTAL** | | | | | | | | | | | **$432,293.84** | **$83.08** | **$1,987,308.64** | **$57,198.00** |
| | | | | | | | | | | | | | | |

# EXHIBIT "4"

Exhibit 4

| CounterParty | Contract or Lease | Assume? | Cure Amount |
|---|---|---|---|
| 843 Via de al Paz, LLC | Real Property Lease | Yes | $0 |
| De Coral Plaza, LLC | Real Property Lease | Yes | $0 |
| Gold Coast West, LLC | Real Property Lease | Yes | $0 |
| Abundant Success | Sublease | Yes | $0 |
| Co-Star Realty Information | Listing Service | Yes | $0 |
| Keller Williams Realty, Inc. | Franchise Agreement | Yes | $0 |
| De Lage Landen Financial Services | Copier Lease | Yes | $0 |
| De Lage Landen Financial Services | Copier Lease | Yes | $0 |
| Konica Minolta | Copier Lease | Yes | $0 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Debtor's Chapter 11, Subchapter V, Plan Of Reorganization, Dated October 16,2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 16, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey Lee Costell jlcostell@costell-law.com, smaghareh@costell-law.com;hyoungblood@costell-law.com;ladelson@costell-law.com;smcduffie@costell-law.com;jstambaugh@costell-law.com
- Moriah Douglas Flahaut (TR) douglas.flahaut@arentfox.com, C194@ecfcbis.com
- John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Lewis R Landau Lew@Landaunet.com
- Dare Law dare.law@usdoj.gov
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Timothy J Yoo tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **October 16, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Julie W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☒

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 16, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 16, 2023 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |