**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
22287 Mulholland Hwy., # 318
Calabasas, California 91302
Voice & Fax: (888) 822-4340
*Email: Lew@Landaunet.com*

Attorney for Creditor, Ocean Park One, LLC; Ocean Park Two, LLC; Ocean Park Three, LLC

FILED & ENTERED

MAR 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

R&LS Investments, Inc.,

Debtor.

Case No.: 2:23-bk-14467 WB
Chapter 11

**ORDER CONVERTING DEBTOR'S CASE TO CHAPTER 7**

Date: February 25, 2025
Time: 9:30 a.m.
Place: Courtroom 1375; Judge Brand
United States Bankruptcy Court
255 E. Temple Street, 13th Floor
Los Angeles, CA 90012

The Court has considered the motion [ECF # 319] ("Motion") filed by Ocean Park One, LLC, Ocean Park Two, LLC and Ocean Park Three, LLC to convert or dismiss the chapter 11 case of R&LS Investments, Inc. ("Debtor") pursuant to 11 U.S.C. Section 1112(b). Appearances were made as noted on the record.

The Court, finding good cause therefor and having entered findings of fact and conclusions of law on the record, hereby **ORDERS** as follows:

1. The Motion is granted.

2. Debtor's chapter 11 case is converted to a case under chapter 7.

///

///

3. The Debtor shall:

a. forthwith turn over to the chapter 7 trustee all records and property of the estate under its custody or control as required by FRBP 1019(4);

b. within 14 days of the date of this order, file a schedule of all unpaid debts incurred after the commencement of the chapter 11 case including the name and address of each creditor, as required by FRBP 1019(5)(A)(i); and

c. within 30 days of the date of this order, file and transmit to the United States Trustee a final report and account, as required by FRBP 1019(5)(A)(ii).

**IT IS SO ORDERED.**

###

Date: March 3, 2025

Julia W Brand

Julia W. Brand
United States Bankruptcy Judge