David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Anerio V. Altman, State Bar No. 228445
aaltman@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Proposed Counsel for John J. Menchaca,
Chapter 7 Trustee

FILED & ENTERED

APR 02 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>R&LS INVESTMENTS, INC.,<br><br>Debtor. | Case No. 2:23-bk-14467-WB<br><br>Chapter 7<br><br>**ORDER GRANTING, ON AN INTERIM BASIS, EMERGENCY MOTION FOR ORDER:**<br>**(1) REJECTING UNEXPIRED REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365;**<br>**(2) REJECTING EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365;**<br>**(3) ASSUMING AND ASSIGNING AGREEMENTS PURSUANT TO 11 U.S.C. §§ 365 AND 107;**<br>**(4) ALLOWING TRANSACTIONS IN ESCROW TO PROCESS;**<br>**(5) CLOSING THE DEBTOR'S BUSINESS; AND**<br>**(6) ABANDONING REMAINING PERSONAL PROPERTY AND THE ESTATE'S POSSESSORY INTEREST IN REAL PROPERTY PURSUANT TO 11 U.S.C. § 554(a)**<br><br>DATE: April 1, 2025<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 1375<br>255 E. Temple Street<br>Los Angeles, California 90012 |



Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

On April 1, 2025, at 11:00 a.m., a hearing was held before the Honorable Julia W. Brand, United States Bankruptcy Judge, in the above-captioned Court, on an *Emergency Motion for Order: (1) Rejecting Unexpired Real Property Leases Pursuant to 11 U.S.C. § 365; (2) Rejecting Executory Contracts Pursuant to 11 U.S.C. § 365; (3) Assuming and Assigning Agreements Pursuant to 11 U.S.C. §§ 365 and 107; (4) Allowing Transactions in Escrow to Process; (5) Closing the Debtor's Business; and (6) Abandoning Remaining Personal Property and the Estate's Possessory Interest in Real Property Pursuant to 11 U.S.C. § 554(a)* (Docket No. 366, "Motion"), filed by John J. Menchaca, the chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of R&LS Investments, Inc. ("Debtor"). Appearances were made as noted on the Court's record.

Having considered the Motion and all papers filed in support thereof, based upon oral argument and findings made by the Court on the record, finding that notice of the Motion is proper and adequate, and with good cause shown,

IT IS ORDERED:

1. The Motion is granted on an interim basis.

2. The Trustee is authorized to reject: (i) the office space lease at 11812 San Vicente Boulevard, Suites 100, 125, 130, Los Angeles, California 90049 ("Brentwood Premises"); (ii) the office space lease at 444 Washington Boulevard, Marina del Rey, California 90292 ("Marina del Rey Premises"); and (iii) the *Independent Contractor Agreement Without Arbitration (Between Broker and Associate-Licensee)* with real estate agents that perform services for the Debtor, to which the Debtor is a party.

3. The Trustee is authorized to assume three open escrow agreements ("Escrow Agreements") with the Debtor's "in-house" escrow service ("Escrow Company") and to assign the Escrow Agreements to Lawyers Title.

4. All transactions in escrow held by the Debtor are authorized to process without further order of this Court and at the Trustee's discretion.

5. Third-party escrows are authorized to close without further order of this Court.



Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

6. Transactions that ***are in*** process in third-party escrow accounts do not violate the automatic stay.

7. All escrow agents holding earned broker fees owed to the Debtor are directed to tender payment of earned broker fees to the Trustee upon the close of escrow, unless the Trustee directs payment of an agent commission to the agent in lieu of the Trustee.

8. The Trustee is authorized to allow payment of commissions to the Debtor's agent, at his sole discretion and so long as sufficient proof of the agent's entitlement to a commission is provided to the Trustee, in the ordinary course.

9. The Trustee is authorized to close the Debtor's real estate brokerage business, including the Escrow Company, effective March 28, 2025.

10. All personal property at the Brentwood Premises and Marina Del Rey Premises is abandoned pursuant to 11.U.S.C. § 554(a), excluding certain computers, servers and other items that contain the Debtor's financial and transactional information.

11. The hearing on the Motion is continued to April 4, 2025 at 2:00 p.m.

12. Should the Trustee desire to supplement the Motion, the Trustee may file a supplemental brief on or before 5:00 p.m. prevailing Pacific Time on April 2, 2025. ***Any further opposition may be made orally at the continued hearing.***

###

Date: April 2, 2025

Julia W. Brand
United States Bankruptcy Judge

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002