David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Anerio V. Altman, State Bar No. 228445
aaltman@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Proposed Counsel for John J. Menchaca,
Chapter 7 Trustee

FILED & ENTERED

APR 04 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>R&LS INVESTMENTS, INC.,<br><br>Debtor. | Case No. 2:23-bk-14467-WB<br><br>Chapter 7<br><br>**ORDER GRANTING EMERGENCY MOTION AND SUPPLEMENT TO EMERGENCY MOTION FOR ORDER:**<br>**(1) REJECTING UNEXPIRED REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365;**<br>**(2) REJECTING EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365;**<br>**(3) ASSUMING AND ASSIGNING AGREEMENTS PURSUANT TO 11 U.S.C. §§ 365 AND 107;**<br>**(4) ALLOWING TRANSACTIONS IN ESCROW TO PROCESS;**<br>**(5) CLOSING THE DEBTOR'S BUSINESS; AND**<br>**(6) ABANDONING REMAINING PERSONAL PROPERTY AND THE ESTATE'S POSSESSORY INTEREST IN REAL PROPERTY PURSUANT TO 11 U.S.C. § 554(a)**<br><br>DATE: April 4, 2025<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 1375<br>255 E. Temple Street<br>Los Angeles, California 90012 |



Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

On April 4, 2025, at 2 p.m., a continued hearing was held before the Honorable Julia W. Brand, United States Bankruptcy Judge, in the above-captioned Court, on an *Emergency Motion for Order: (1) Rejecting Unexpired Real Property Leases Pursuant to 11 U.S.C. § 365; (2) Rejecting Executory Contracts Pursuant to 11 U.S.C. § 365; (3) Assuming and Assigning Agreements Pursuant to 11 U.S.C. §§ 365 and 107; (4) Allowing Transactions in Escrow to Process; (5) Closing the Debtor's Business; and (6) Abandoning Remaining Personal Property and the Estate's Possessory Interest in Real Property Pursuant to 11 U.S.C. § 554(a)* (Docket No. 366, "Motion"), including a supplement to the Motion (Docket No. 376), filed by John J. Menchaca, the chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of R&LS Investments, Inc. ("Debtor"). Appearances were made as noted on the Court's record.

Having considered the Motion, including the supplement and the Supplemental Declaration of John J. Menchaca, and all papers filed in support thereof, based upon oral argument and findings made by the Court on the record, finding that notice of the Motion is proper and adequate, and with good cause shown,

IT IS ORDERED:

1. The Motion is granted.

2. The Trustee is authorized to pay post-petition, post-conversion payroll and final paycheck amounts for the Debtor's former employees;

3. The Trustee is authorized to assume and assign certain listing agreements where the Debtor is the broker of record,

4. The Truste is authorized to execute any and all forms, agreements and documents necessary to transfer listing agreements, MLS listings, agent and broker licenses, and any other agreement or item related to the transfer of the Debtor's listing agreements to third-party brokerages or agencies as the "broker of record"

5. The Trustee's oral request made at the hearing on April 4, 2025 to set a hearing on shortened notice for the Trustee's planned Motion to Approve Compromise with Keller Williams Realty, LLC ("9019 Motion") is granted and the Trustee may notice a

hearing on the 9019 Motion for April 17, 2025 at 2:00 p.m. If the Trustee wishes to proceed with the 9019 Motion on April 17, 2025, the Trustee must serve and file the 9019 Motion no later than April 7, 2025. Any opposition to the 9019 Motion must be filed no later than April 15, 2025.

###

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

Date: April 4, 2025

Julia W. Brand
United States Bankruptcy Judge