David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Anerio V. Altman, State Bar No. 228445
aaltman@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel for John J. Menchaca,
Chapter 7 Trustee

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>R&LS INVESTMENTS, INC.,<br><br>Debtor. | Case No. 2:23-bk-14467-WB<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KELLER WILLIAMS REALTY, LLC TO WITHDRAW: (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 [DOCKET NO. 370], AND (2) OPPOSITION THERETO [DOCKET NO. 389]**<br><br><u>Hearing</u>:<br>DATE: April 22, 2025<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1375<br>255 E. Temple Street<br>Los Angeles, California 90012 |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

This stipulation ("Stipulation") is entered into by and between the following ("Parties"): (1) John J. Menchaca, the duly appointed, qualified and acting Chapter 7 trustee ("Trustee") for the bankruptcy estate of R&LS Investments, Inc. ("Debtor"); and (2) Keller Williams Realty, LLC, (f/k/a Keller Williams, Inc.) ("Keller Williams" and together

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

with the Trustee, the “Parties”)), through their counsel, with respect to the following recitals:

**RECITALS**

A. On July 18, 2023, the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, case no. 2:23-bk-14467-WB ("Case").

B. On March 3, 3025, the Court entered an order converting the case to chapter 7. On March 5, 2025, the Trustee filed his acceptance of appointment as chapter 7 trustee.

C. On April 1, 2025, Keller Williams filed a *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 370] ("RFS Motion") seeking relief from stay with respect to a Market Center License Agreement, dated March 30, 2020. Hearing on the RFS Motion is set for April 22, 2025 ("Hearing").

D. On April 8, 2025, the Trustee filed his opposition to the RFS Motion [Docket No. 370] ("Objection").

E. The Parties have entered into a settlement agreement ("Agreement") which moots the relief requested in the RFS Motion.

F. On April 7, 2025, the Trustee filed a *Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 384] ("9019 Motion"). At the hearing held on April 17, 2025, the Agreement was approved. An order on the 9019 Motion is being filed.

G. The Parties have agreed, subject to Court approval, that the RFS Motion and the Objection are withdrawn upon entry of an order granting the 9019 Motion.

//

//

//

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing and subject to approval of this Stipulation by the Bankruptcy Court, the Parties stipulate and agree that the RFS Motion and the Objection are withdrawn upon entry of an order granting the 9019 Motion.

**IT IS SO STIPULATED.**

DATED: April 22, 2025

GOLDEN GOODRICH LLP

By: */s/ David M. Goodrich*
DAVID M. GOODRICH
Attorneys for Chapter 7 Trustee
John J. Menchaca

DATED: April __, 2025

HAYNES AND BOONE, LLP

By: ______________________________
JORDAN CHAVEZ
Attorneys for Keller Williams Realty, LLC

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing and subject to approval of this Stipulation by the Bankruptcy Court, the Parties stipulate and agree that the RFS Motion and the Objection are withdrawn upon entry of an order granting the 9019 Motion.

**IT IS SO STIPULATED.**

DATED: April __, 2025

GOLDEN GOODRICH LLP

By: */s/ David M. Goodrich*
DAVID M. GOODRICH
Attorneys for Chapter 7 Trustee
John J. Menchaca

DATED: April 22, 2025

HAYNES AND BOONE, LLP

By: [signature]
JORDAN CHAVEZ
Attorneys for Keller Williams Realty, LLC

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

22

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KELLER WILLIAMS REALTY, LLC TO WITHDRAW: (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 [DOCKET NO. 370], AND (2) OPPOSITION THERETO [DOCKET NO. 389]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 22, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 22, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____________________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 22, 2025 | David M. Fitzgerald | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Anerio V Altman aaltman@ecf.courtdrive.com, lakeforestpacer@gmail.com
Michael Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Jordan Elizabeth Chavez jordan.chavez@haynesboone.com, kim.morzak@haynesboone.com
John-Patrick M Fritz jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
David M Goodrich dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
Jeffrey S Kwong jsk@lnbyg.com, jsk@ecf.inforuptcy.com
Lewis R Landau Lew@Landaunet.com
Anne C Manalili anne.manalili@sba.gov
John J Menchaca (TR) jmenchaca@menchacacpa.com, igaeta@menchacacpa.com;ecf.alert+Menchaca@titlexi.com
Carmela Pagay ctp@lnbyg.com
Ian Peck ian.peck@haynesboone.com, kim.morzak@haynesboone.com
Kathy Bazoian Phelps kphelps@raineslaw.com, hchoi@raineslaw.com
Jeffrey L Sumpter jsumpter1@cox.net
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Gerrick Warrington gwarrington@frandzel.com, achase@frandzel.com
Hatty K Yip hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov,dare.law@usdoj.gov
Timothy J Yoo tjy@lnbyb.com

**SERVED BY UNITED STATES MAIL:**
R&LS Investments, Inc.
11812 San Vicente Blvd #100
Los Angeles, CA 90049
**DEBTOR**